CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>*EX PARTE* APPLICATION FOR ORDER TO FILE DOCUMENTS *UNDER SEAL*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL |

Thomas Vincent Girardi, by and through the undersigned, applies to this Court for an order that the following pleadings, lodged herewith, be filed under seal Defendant's Motion for Order Finding Incompetency.

//

//

//

//

1

1  This application is based upon the attached memorandum of points an authorities
2  and the declaration of counsel.

>                                Respectfully submitted,
>
>                                CUAUHTEMOC ORTEGA
>                                Federal Public Defender
>
> DATED: July 5, 2023            By  /s/ Craig A. Harbaugh
>                                    CRAIG A. HARBAUGH
>                                    GEORGINA WAKEFIELD
>                                    J. ALEJANDRO BARRIENTOS
>                                    Deputy Federal Public Defenders
>                                    Attorneys for THOMAS VINCENT GIRARDI

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

This Court is empowered to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); Central District of California Local Rule 79-5.1. The attached motion refers to and quotes confidential expert reports that were previously filed under seal pursuant to Court order. Private medical records are also attached and are relied upon and quoted extensively. Accordingly, the defense seeks to protect the privacy of the confidential and medical information contained in the motion and limit disclosure to the Court and opposing counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 5, 2023     By  */s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender
Attorney for THOMAS VINCENT GIRARDI

**DECLARATION OF COUNSEL**

I, Craig A. Harbaugh, hereby state and declare as follows:

1. I serve as a Deputy Federal Public Defender for the Office of the Federal Public Defender in the Central District of California.

2. The defense's motion references, including extensive quotations from expert reports previously filed under seal. Further, the motion includes extensive medical records and personal identifying information. Accordingly, it is appropriate to seal the pleading and limit disclosure to the Government and the defense.

3. The defense sought the government's position regarding sealing and counsel indicated that it opposes the request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 5, 2023          By  */s/ Craig A. Harbaugh*
                                 CRAIG A. HARBAUGH
                                 Deputy Federal Public Defender
                                 Attorney for THOMAS VINCENT GIRARDI