UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:23-cr-00047-JLS                                                                 Date:   July 7, 2023

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter       NONE

| V. R. Vallery | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | NOT | | X | Craig A. Harbaugh | No | X | |
| | | | | Georgina Wakefield | No | X | |
| | | | | J. Alejandro Barrientos | No | X | |

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO PROVIDE UNREDACTED GOLDSTEIN REPORT TO GOVERNMENT'S EXPERT**

   The Court has reviewed the unredacted report of Dr. Diana Goldstein, lodged with the Court in camera.  (*See* Doc. 72 (Order requiring lodging of unredacted report).)

   After such review, the Court orders that the defense provide the unredacted report to the Government's neurological expert, Dr. Ryan Darby so that he may use it to prepare his rebuttal report.  (*See* Doc. 69 at 2 (Government's request).)  To the extent Dr. Darby finds the need to reference the redacted material in the Goldstein report in his own rebuttal report, consistent with ¶ 4(b)(iii) of the Court's Order for Mental Competency Evaluation, Dr. Darby's report shall be provided to the defense prior to the report being provided to the government for the purpose of making any necessary redactions. Similarly, the government may request *in camera* review of any disputed redactions. (*See* Doc. 54.)

   **IT IS SO ORDERED.**

                                                                                                        Initials of Deputy Clerk: KT