E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/1786
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-47-JLS-1 |
|---|---|
| Plaintiff, | UNOPPOSED *EX PARTE* APPLICATION FOR ORDER GRANTING PERMISSION TO FILE GOVERNMENT'S OVERSIZE OPPOSITION TO DEFENDANT'S MOTION FOR ORDER FINDING INCOMPETENCY; DECLARATION OF COUNSEL |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |
| | [PROPOSED] ORDER FILED SEPARATELY |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, hereby applies ex parte for an order granting permission to file the government's oversize opposition to defendant Thomas Vincent Girardi's Motion for Order Finding Incompetency.

Counsel for defendant Girardi does not object to the ex parte nature of the application or to the government's filing an oversize brief.

This application is based upon the attached declaration of government counsel, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 2, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

　　　　/s/
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SCOTT PAETTY**

I, SCOTT PAETTY, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys assigned to represent the government in this case.

2. On July 5, 2023, counsel for defendant Thomas Vincent Girardi filed a 45-page motion for finding of incompetency. The Court granted defendant's contemporaneously filed, unopposed <u>ex parte</u> application to file an oversize brief. (Dkt. 80.)

3. Pursuant to the Court's scheduling order (Dkt. 75), the government seeks leave of the Court to file its 43-page opposition to defendant's motion.

4. This application is based on the following reasons: the factual and legal complexities of the issues raised in defendant's motion, the voluminous nature of the expert reports that have been filed on this issue and the records upon which those reports are based, and the need to respond to the issues raised in defendant's oversized motion. Counsel for defendant does not object to the <u>ex parte</u> nature of this application or to the government's request to file an oversize brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on August 2, 2023.

_/s/ Scott Paetty_
SCOTT PAETTY