E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/1786
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S _EX PARTE_ APPLICATION TO FILE OVERSIZE OPPOSITION TO DEFENDANT THOMAS VINCENT GIRARDI'S MOTION FOR FINDING OF INCOMPENTENCY |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

    The Court has read and considered the government's unopposed, <u>ex parte</u> application for leave to file its oversized opposition to defendant Thomas Vincent Girardi's motion for finding of incompetency.

    THEREFORE, FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the

//

government's ex parte application is GRANTED and the government's oversized brief shall be accepted.

IT IS SO ORDERED.

August 8, 2023
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE