# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **ORDER RE COMPETENCY HEARING** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE NOT HAVING BEEN SHOWN, Mr. Thomas V. Girardi's application to continue his competency hearing to a future date is DENIED.

DATED: August 8, 2023

_____
HON. JOSEPHINE L. STATON
United States District Judge