Michael V. Severo, Esq. (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Ste. 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorney for Defendant,
    CHRISTOPHER KAMON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>                Defendant. | Case No. 2:23-cr-00047-JLS-2<br><br>**DECLARATION OF MICHAEL V. SEVERO IN SUPPORT OF REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>Hon. Josephine Staton<br>Courtroom 8A,<br>First Street Courthouse |

    I, Michael V. Severo, do hereby declare as follows:

    1. I am an attorney at law duly licensed to practice before all courts in the State of California and the U.S. District Court for the Central District of California.

    2. I offer this declaration in support of defendant's Request for Substitution of Attorney.

    3. On September 20, 2023, defendant Christopher Kamon executed form G-01, requesting that I be substituted in as his counsel of record in place of Jack DiCanio, Esq., Allen L. Lanstra, Esq., and Matthew John Tako, Esq., all attorneys at Skadden Arps Meagher and Flom LLP.

4. Form G-01, being filed concurrently herewith, requires the signature of withdrawing counsel.

5. On the same date, September 20, 2023, at approximately 4:30 p.m., I personally sent a copy of the executed G-01 form to Mr. DiCanio, Mr. Lanstra and Mr. Tako.

6. Not having heard from any of the named attorneys, I again sent an email, with the G-01 forms attached to all three on September 21, 2023, at approximately 11:49 a.m.

7. On September 21, 2023, at approximately 3:45 p.m., I placed a telephone call to Mr. DiCanio. I spoke with his assistant, Sarah, who informed me that Mr. DiCanio was in trial, and that both Mr. Lanstra and Mr. Tako may also be in trial. Sarah stated she would email Mr. DiCanio and alert him to my emails.

8. As of the time of this filing, I have not yet received the signed forms, nor an acknowledgement by any of the aforesaid counsel that it had been received.

9. This matter is currently set for trial on December 12, 2023, and I am informed that the government has produced substantial discovery, although I am informed that it has not been reviewed with Mr. Kamon.

10. Accordingly, I request that the court approve the substitution without the need for withdrawing counsel to sign the G-01 form.

THE SEVERO LAW FIRM

Date: September 22, 2023    By   /s/ *Michael V. Severo*
　　　　　　　　　　　　　　　　MICHAEL V. SEVERO
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　CHRISTOPHER KAMON