# EXHIBIT 331



Name  NIKITA MANAGEMENT INC
11-26 Wilshire Boulevard
Los Angeles CA 90017

## DEPOSIT TICKET

DATE  6/8/17

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

**Bank of America**

LIST CHECKS SINGLY OR ATTACH LIST

CURRENCY ▶

COIN ▶

CHECKS ▶

USE OTHER SIDE FOR
ADDITIONAL LISTING
BE SURE EACH ITEM IS
PROPERLY ENDORSED.

TOTAL ITEMS

TOTAL FROM
OTHER SIDE

$

⑈540930106⑈  325082103781⑈'

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651834

CHECKS
LIST SINGLY

Seq: 74
Batch: 893589
Date: 06/08/17

InfRef
Available Now $0.00
Credit Pending Posts on 06/08/2017
Deposit DDA $20,000.00
HOLDS APPLIED SEE HOLD NOTICE

Seq#:00074 06/08/17
BATCH:893589 CC:3180000816
WT:01 LTPS:Jacksonville PT
BC:Valley-Almansor BC CA8-156

ENTER TOTAL ON FRONT

RECORD OF CHECKS FOR DEPOSIT
DOLLARS
CENTS

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**318508**

## GIRARDI | KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA  90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
318508

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 6/6/2017 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE   RED IMAGE DISAPPEARS WITH HEAT

⑈318508⑈ ⑆122243635⑆      4110689821⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER      USAO_GK_00651836



Seq: 75
Batch: 893589
Date: 06/08/17

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq:00075 06/08/17
BAT:893589 CC:3180000816
WT:01 LTPS:Jacksonville PT
BC:Valley-Almansor BC CA8-156

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651837

319067

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

NUMBER
319067

90-4363/1222

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 7/12/2017 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

⑈319067⑈ ⑆122243635⑆ 41106898 21⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

These check features listed below, as well as these
roll-led under economic industry guidelines.

Security Features

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651839

318852

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
318852

*TEN THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 6/23/2017 | $*********10,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈318852⑈ ⑆122243635⑆ 4110689821⑈

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features of this document exceed those not listed. Features are listed by quantities.

Security Features:



**Bank of America**

Date / Fecha 8·04·17

Name / Nombre Nikita Management Inc

Address / Dirección 1439 W. Jefferson Blvd
LA CA 90007.

Telephone No.
Nº de teléfono ( ) N/A.

Sign here if cash received
Firma aquí si recibes efectivo _____

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

Cash / Efectivo
Currency / Billetes

Coin / Monedas

Checks / Cheques 20000 —

Sub Total 20000 —

Less Cash Received
Menos efectivo recibido

Total Deposit
Total de depósito

3250821 03781

**Account Number / Número de cuenta**

$ 20000. —

⑆540930135⑆

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651842

Seq: 24
Batch: 666433
Date: 08/04/17

Enter The Total On The Front Of This Ticket
Anota este total al frente de este formulario

Dollars / Dólares

Cents / Centavos

InfRef

Available Now $0.00
Credit Pending Posts on 08/04/2017
Total Deposit To CHK $20,000.00

Acct# *******3781 CC 0000335 TLr 00
08/04/2017 10:26 NCA T00073 R540930

Seq:00024 08/04/17
BAT:666433 CC:3180000335
WT:01 LTPS:Jacksonville PT
BC:University Village BC CA9-202

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

319317

### GIRARDI | KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA  90017

TORREY PINES BANK
801 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
319317

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 8/3/2017 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT

⑈319317⑈ ⑆122243635⑆   4110689821⑈

Seq:  25
Batch:  666433
Date: 08/04/17

Seq:00025 08/04/17
BAT:666433 CC:3180000335
WT:01 LTPS:Jacksonville PT
BC:University Village BC CA9-202

ENDORSE HERE

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

CHECK HERE
MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



**Bank of America**

Date / Fecha 5/9/17

Name / Nombre NIKITA MUNKUMONT, Inc.

Address / Dirección 4030 Admirable Dr.
Ranch Palos Verdes CA 90275

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

Telephone No.
N° de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

3250821037 81
Account Number / Número de cuenta

⑈540930135⑈

| Cash / Efectivo | | |
|---|---|---|
| Currency / Billetes | | |
| Coin / Monedas | | |
| Checks / Cheques | 15.000 — |
| Sub Total | 15 000 .00 |
| Less Cash Received / Menos efectivo recibido | |
| Total Deposit / Total de depósito | |

$  15 000. —

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651846



Seq: 55
Batch: 816987
Date: 08/09/17

Dollars /
Dólares

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Seq:00055 08/09/17
BAT:816987 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

08/09/2017 17:22 NCA T00242 R540930135
Acct# ********3781 CC 0000600 Tlr 00004

Total Deposit To CHK        $15,000.00
Credit Pending Posts on     08/09/201
Available Now               $0.00

IntRef        1V9T36TT2M4CXVCF9246C95

Cents /
Centavos

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

319416

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA  90017

TORREY PINES BANK
801 W. 5th Street, Suite 100
Los Angeles, CA 90071

NUMBER
319416

90-4363/1222

*FIFTEEN THOUSAND AND XX / 100

DATE                    AMOUNT

8/9/2017          $*********15,000.00*

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT

⑈319416⑈ ⑆122243635⑉ 4110689821⑈

Seq: 56
Batch: 816987
Date: 08/09/17

Seq:00056 08/09/17
BAT:816987 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

ENDORSE HERE

3250021 0 3781   Deposit only

Nikita Management Inc

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE

Security Features:
Management Burden

This security feature link is, as well as these
enhanced embossed industry guidelines.



**Bank of America**

Date / Fecha ___8/31/17___

Name / Nombre ___Nikita Management___
Address / Dirección ___1601 N 5th St___
___LA CA 90071___

Telephone No.
Nº de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo _____
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

| | |
|---|---|
| Cash / Efectivo Currency / Billetes | |
| Coin / Monedas | |
| Checks / Cheques | 20000 |
| | |
| | |
| Sub Total | 20000 |
| Less Cash Received Menos efectivo recibido | |
| **Total Deposit / Total de depósito** | $ 20000.— |

3250 821 03781

**Account Number / Número de cuenta**

⑆540930135⑆

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651850



Seq: 98
Batch: 735761
Date: 08/31/17

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Dollars /
Dólares

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

Seq:00098 08/31/17
BAT:735761 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

Tran 00249     08/31/2017     17:53
Entity NCA   CC 0000600 Tlr 00007
Account          ********3781
R/T# 540930135
Deposit                    $20,000.00

Cents /
Centavos

IntRef          1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651851

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

319688

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER

319688

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 8/31/2017 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE - RFD IMAGE DISAPPEARS WITH HEAT

⑈319688⑈ ⑆1222l43635⑆      4110689821⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER      USAO_GK_00651852

Seq:  99
Batch:  735761
Date: 08/31/17

Seq:00099 08/31/17
BAT:735761 CC:3180000000
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

**Bank of America**

Date / Fecha 09/27/17

Name / Nombre Nikita Management Inc

Address / Dirección 439 W. Jefferson Blvd

los Angeles, CA 90007

Telephone No. / Nº de teléfono ( ) N/A

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

Account Number / Número de cuenta 325082103781

⑆540930135⑆

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

CREDIT

| | |
|---|---|
| Cash / Efectivo | |
| Currency / Billetes | |
| Coin / Monedas | |
| Checks / Cheques | 20000.00 |
| Sub Total | 20000.00 |
| Less Cash Received / Menos efectivo recibido | |

Total Deposit / Total de depósito

$ 20000.00

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER       USAO_GK_00651854



Seq: 29
Batch: 324275
Date: 09/27/17

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Dollars /
Dólares

Seq:00029 09/27/17
BAT:324275 CC:3180000353
Wr:01 LTPS:Jacksonville PT
BC:Western-Olympic BC CA9-136

09/27/2017 09:02 NCA T00011   R540930135
AcctH ********3781 CC 0000353 Tlr 00006

Total Deposit To CHK  —  — $20,000.00
Credit Pending Posts on        09/27/2017
Available Now                        $0.00

Cents /
Centavos

IntRef      1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER      USAO_GK_00651855

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

319966

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
801 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
319966

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 9/26/2017 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑊319966⑊ ⑊122243635⑊ 4110689821⑊

Seq: 30
Batch: 324275
Date: 09/27/17

Seq:00030 09/27/17
BAT:324275 CC:3180000353
wf:01 tTPS:Jacksonville PT
BC:Western Olympic BC CA9-136

ENDORSE HERE

CHECK HERE
MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Deposit only
3250582103781
Nikita Management inc

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651857

**Bank of America**

Date / Fecha 11/3/17

Name
Nombre NIKITA MANAGEMENT INC
Address
Dirección 4030 Admirade Dr
Rancho Palos Verde CA 90275

Telephone No.
Nº de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

325082103781

Account Number / Número de cuenta

⑆540930135⑆

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes

**CREDIT**

| | | |
|---|---|---|
| Cash / Efectivo | | |
| Coin / Moneda | | |
| Checks / Cheques | 20,000 | |
| Sub Total | 20000 | |
| Less Cash Received Menos efectivo recibido | | |
| Total Deposit Total de depósito | | |

$ 11,20,000.



Seq: 133
Batch: 470403
Date: 11/03/17

Seq:00133 11/03/17
BAT:470403 CC:3180000600
WF:01 tIPS:Jacksonville Pf
BC:Los Angeles Main BC CA9-194

Tran 00303   11/03/2017   18:03
Entity NCA   CC 0000600 Tlr 00004
Account      *********3781
R/TN 549930135
Deposit                    $20,000.00

IntRef      1V9T36TT2M4CXVCFVT92034

320522

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
801 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
320522

*TWENTY THOUSAND AND XX / 100

DATE

11/3/2017

AMOUNT

$*********20,000.00*

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA    THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

⑈320522⑈ ⑆122243635⑆ 4110689821⑈

Security features.

The security features listed below as well as those not listed, exceed industry guarantees.

Seq: 134
Batch:  470403
Date: 11/03/17

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE

ENDORSE HERE

Seq:00134 11/03/17
BAT:470403 CC:3180000600
Wt:01 LIPS:Jacksonville Pf
BC:Los Angeles Main BC CA9-194

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651861

**Bank of America**

Date 11/5/17

Name and Address NIKITA MANZURNY, INC.

4570 Cambert

Encino     CA          91316

Telephone No. ( N/X

Sign here if cash received

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Save time in line and help us avoid errors. The next time you make a deposit, please use your pre-printed deposit slips for your account.

| Cash | | | |
|---|---|---|---|
| Currency | | | |
| Coin | | | |
| Checks | 2000.00 | | |
| | | | |
| | | | |
| Sub Total | | | |
| Less Cash Received | | | |
| Total Deposit | | | |

Account Number  325082103781

$ 2000.00

⑈540930135⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER



Seq: 1
Batch: 347805
Date: 12/05/17

Enter This Total On The Front Of This Ticket

Dollars

Cents

Seq:00001 12/05/17
BAT:347805 CC:3180000305
WT:01 LTPS:Jacksonville PT
BC:Wilshire-Westmoreland BC CA9-115

Tran 00069    12/05/2017    10:34
Entity NCA   CC 0000305 Tlr 00003
Account          **********37/81
R/T# 540910135
Deposit                      $20,000.00

IntRef          1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651863

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

320858

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
320858

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 12/4/2017 | $********20,000.00* |

PAY
TO THE
ORDER
OF     Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈320858⑈ ⑆122243635⑆   411068982 1⑈

Seq:  2
Batch:  347805
Date: 12/05/17

Seq:00002 12/05/17
BAT:347805 CC:3180000305
WT:01 LTPS:Jacksonville PT
BC:Wilshire-Westmoreland BC CA9-115

ENDORSE HERE

Credited To The Account Of
The Within Named Payee
CHECK HE Endorsement Guaranteed
MOBILE OF Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features li... ...as those
not listed, exceed industry g... ...res.
Security Features

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651865



Bank of America

Date / Fecha 1/3/17

Name / Nombre NIKITA Montgomery

Address / Dirección 4570 Camino two

Turner, CA 41711

Telephone No.
N° de teléfono (          )

Sign here if cash received
Firma aquí si recibes efectivo _____
**Proper identification required when using this document.**
**Se requiere Identificación apropiada al usar este documento.**

3250181241103718

Account Number / Número de cuenta

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes

| Cash / Efectivo | | | | |
|---|---|---|---|---|
| Currency / Billetes | | | | |
| Coin / Monedas | | | | |
| Checks / Cheques | 20,00.0 | — | | |
| | | | | |
| | | | | |
| Sub Total | | | | |
| Less Cash Received Menos efectivo recibido | | | | |

**Total Deposit**
**Total de depósito**

$ 20,000. —

⑈540930135⑈



Seq: 221
Batch: 181903
Date: 01/03/18

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

Dollars /
Dólares

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Seq:00221 01/03/18
BAT:181903 CC:3180000600
WT:01 ITPS:Jacksonville PT
BU:Los Angeles Main BU CA9-194

Tran 00229    01/03/2018    17:26
Entity NCA   CC 0000600 Tlr 00004
Account      *********3781
R/T# 540930135
Deposit                    $20,000.00

Cents /
Centavos

IntRef        1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651867

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

321278

**NUMBER**

321278

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 12/28/2017 | $*********20,000.00* |

**PAY TO THE ORDER OF**

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈321278⑈ ⑆122243635⑆ 4110689821⑈

Seq: 222
Batch: 181903
Date: 01/03/18

Seq:00222 01/03/18
BAT:181903 CC:3180000600
WT:01 ITPS Jacksonville PT
BU:Los Angeles Main BU CA9-194

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features in this check, as well as those
included, exceed industry guidelines.

Security Features:

**Bank of America**

For CA Use Only  05-14-3074S  11-2015

Date / Fecha  2/6/18

Name
Nombre  NIKITA Montromny INC

Address
Dirección  4570 Larsen Park

mcinv   UT   90316

Telephone No.
N° de teléfono (          )

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

3250824(03781

**Account Number / Número de cuenta**

⑆540930135⑆

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes

| | CREDIT |
| --- | --- |
| Cash / Efectivo Currency / Billetes | |
| Coin / Monedas | |
| Checks / Cheques | 70,000 |
| | |
| | |
| Sub Total | |
| Less Cash Received Menos efectivo recibido | |
| **Total Deposit** **Total de depósito** | |

$ 70,000.

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

Seq:  85
Batch:  142549
Date: 02/06/18



Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

Dollars /
Dólares

Cents /
Centavos

Seq:00085 02/06/18
BAT:142549 CC:$180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

Tran 00273   02/06/2018   17:55
Entity NCA  CC 0000600 Tlr 00007
Account      ********3781
R/TW 540930135
Deposit                    $20,000.00

IntRef      1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651871

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

321868

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER

321868

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 2/6/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF          Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑆321868⑆ ⑈122243635⑈   4110689821⑈

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT   DATE

DO NOT WRITE  STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq:  86
Batch:  142549
Date: 02/06/18

Seq:00086 02/06/18
BAT:142549 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

Security Features:
Microprint Border

The security features listed below, as well as those
not listed, exceed industry guidelines.



# Bank of America

Date / Fecha 3/1/18

Name / Nombre NIKITA M...

Address / Dirección 4570 Coldwater ...

Melvin, CA 91316

Telephone No. / N° de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes

325082:03781:

Account Number / Número de cuenta

| | |
|---|---|
| Cash / Efectivo | |
| Currency / Billetes | |
| Coin / Monedas | |
| Checks / Cheques | 20,10,00 |
| | |
| Sub Total | |
| Less Cash Received / Menos efectivo recibido | |
| **Total Deposit / Total de depósito** | |

$ 20,010,0

:540930135:

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651874



Seq: 9
Batch: 792863
Date: 03/01/18

Seq:00009 03/01/18
BAT:792863 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

Tran 00280    03/01/2018    17:16
Entity NCA   CC 0000600 Tlr 00004
Account          **********3781
R/T# 540930135
Deposit                      $20,000.00

IntRef          1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651875

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

322213

NUMBER

322213

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 3/1/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF     Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK  TOUCH OR PRESS HERE  RED IMAGE DISAPPEARS WITH HEAT

⑈322213⑈ ⑆122243635⑆     ⑊1106898 21⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651876



Seq: 10
Batch: 792863
Date: 03/01/18

Seq:00010 03/01/18
BAT:792863 CC:3180000600
WI.91 LTPS.Jacksonville PT
BC:Los Angeles Main BC CA9-194



**Bank of America**

Date / Fecha 4/5/10

Name / Nombre MIKITA MEMMOMM INC.

Address / Dirección 4570 Govan dr

Jrviar CA 91316

Telephone No.
Nº de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo _____
**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes

| | Cash / Efectivo | | | | |
|---|---|---|---|---|---|
| Currency / Billetes | | | | | |
| Coin / Monedas | | | | | |
| Checks / Cheques | | 2 0 0 0 0 | — | | |
| | | | | | |
| | | | | | |
| Sub Total | | | | | |
| Less Cash Received / Menos efectivo recibido | | | | | |

**Total Deposit**
**Total de depósito**

$ 20,000.00

3 2 5 0 8 2 1 0 3 7 8 1

**Account Number / Número de cuenta**

⑆ 5 4 0 9 3 0 1 3 5 ⑆

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651878



Seq: 36
Batch: 804211
Date: 04/05/18

Seq:00036 04/05/18
BAT:804211 CC:8180000600
WT:01 LTPS:Jacksonville PT
AC:Los Angeles main AC CAS-190

Tran:00070   04/05/2018   12:25
Entity NCA  CC 0000600 Tlr 00007
Account   ****X***3781
R/TH 540930135
Deposit   $20,000.0

IntRef   1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER   USAO_GK_00651879



322731

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER

322731

*TWENTY THOUSAND AND XX / 100

DATE

AMOUNT

3/30/2018

$*********20,000.00*

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

⑈322731⑈ ⑆122243635⑆     4⑆106898 2⑈

Seq: 37
Batch: 804211
Date: 04/05/18

ENDORSE HERE

MKITA

Da Myrst Duly

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT   DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq:00037 04/05/18
BAT:804211 CC:3180000600
WT:0T LTPS:Jacksonville PT
BC:los angeles main HC CA9-194

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651881

# Bank of America

Date / Fecha 5/4/18

Name / Nombre MIKTR MGT INC.

Address / Dirección 4570 Caran MN
MCING CR 91316

Telephone No. / N° de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

Account Number / Número de cuenta
3250821037811

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes

| Cash / Efectivo | | | |
|---|---|---|---|
| Currency / Billetes | | | |
| Coin / Monedas | | | |
| Checks / Cheques | 2070,00 | — | |
| | | | |
| | | | |
| Sub Total | | | |
| Less Cash Received / Menos efectivo recibido | | | |
| Total Deposit / Total de depósito | | | |

$ 2000.00 —

⑃540930135⑃

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651882

For CA Use Only   05-14-3074S   11-2015



Seq: 123
Batch: 670321
Date: 05/04/18

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Dollars /
Dólares

Cents /
Centavos

Seq:00123 05/04/18
BAT:670321 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

Tran 00252   05/04/2018   16:53
Entity NCA  CC 0000600 Tlr 00007
Account ,  —  ********3781
R/T# 540930135
Deposit                                    $20,000.00

IntRef          1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER       USAO_GK_00651883

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

323274

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
801 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
323274

*TWENTY THOUSAND AND XX / 100

DATE

AMOUNT

5/3/2018

$*********20,000.00*

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA     THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

⑉323274⑉ ⑈122243635⑉    411068982⑈

Seq: 124
Batch: 670321
Date: 05/04/18

Seq:00124 05/04/18
BAT:670321 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651885

# Bank of America

Date / Fecha 6/11/18

Name
Nombre MIKITH MONTGOMERY W/C

Address
Dirección 4570 Canyon Crest

mrunto CA 91516

Telephone No.
N° de teléfono ( )

Sign here if cash received
Firma aquí si recibes efectivo _____

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

3 2 5 0 8 2 1 0 3 7 8 1

Account Number / Número de cuenta

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes

| | Cash / Efectivo Currency / Billetes | |
|---|---|---|
| Coin / Monedas | | |
| Checks / Cheques | 20,000.0 | — |
| | | |
| | | |
| **Sub Total** | | |
| Less Cash Received Menos efectivo recibido | | |
| **Total Deposit** **Total de depósito** | | |

$ 1,20,000.—

⑆540930135⑆

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER     USAO_GK_00651886



Seq:  140
Batch:  712965
Date:  06/11/18

Seq:00140 06/11/18
BAT:712965 CC:3180008600
WI:01 LIPS:Jacksonville Ml
BC:Los Angeles Main 8C CA9-194

Tran 00280      06/11/2018      17:35
Entity NCA   CC 0000600 Tlr 00007
Account        *********3781
R/T# 540930135
Deposit                          $20,000.00

IntRef        1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER       USAO_GK_00651887

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**323831**

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
323831

*TWENTY THOUSAND AND XX / 100

|  | DATE | AMOUNT |
|---|------|--------|
|  | 6/4/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA
THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE   RED IMAGE DISAPPEARS WITH HEAT

⑈323831⑈ ⑆122243635⑆     4110689821⑈

Seq:  141
Batch:  712965
Date:  06/11/18

Seq:00141 06/11/18
BAT:712965 CC:3180000600
WI:01 LIPS:Jacksonville Fl
BC.Los Angeles Main BC CA9-194

ENDORSE HERE

for Deposit Only

3250824037PC

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT   DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features listed below, as well as those
not listed, exceed industry guidelines

Security Features:
Microprinted Border

**Bank of America** ⋙

Date / Fecha 7/6/18

Name
Nombre NIKITA, INC.

Address
Dirección 4570 Comm Ave

Encino CA 91316

Telephone No.
N° de teléfono (310) 845 0872

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
**Se requiere identificación apropiada al usar este documento.**

325082110378'1

Account Number / Número de cuenta

⑆540930135⑆

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes

**CREDIT**

| | Cash / Efectivo Currency / Billetes | | | |
|---|---|---|---|---|
| | Coin / Monedas | | | |
| Checks / Cheques | | 20,000 | — | |
| | | | | |
| | | | | |
| Sub Total | | | | |
| Less Cash Received Menos efectivo recibido | | | | |
| Total Deposit Total de depósito | | | | |

$ 1 20,000. —

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER            USAO_GK_00651890

Seq: 123
Batch: 424517
Date: 07/06/18

Dollars / Dólares

Cents / Centavos

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Seq:00123 07/06/18
BAT:424517 CC:3180000600
wT:01 LrPS:Jacksonville Fl

Tran 00053 , 07/06/2018  ..16:07
Entry HCA  CC 000(600 hir 0b006
Account   ##*##**#3"81
R/TR 5^2870135
Deposit                    $20,000.00

IntRef        1V9T36TT2H4CXVCFVT92034

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

324332

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
324332

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 7/3/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1N:KITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE   RED IMAGE DISAPPEARS WITH HEAT

⑈⑈324332⑈⑈ ⑇122243635⑇ 4110689821⑈⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651892

The security features listed below, as well as those
not listed, exceed industry guidelines.

Security Features:

Microprinted Border:

Warning Band:

Sign-In Screen Box Art:

Color-In Background:

Chemically Sensitive Paper:

Heat Sensitive Ink:

Seq:  124
Batch:  424517
Date: 07/06/18

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE

Seq:00124 07/06/18
BAT:424517 CC:3180000600
WI:WI LIPS:Jacksonville Fl



**Bank of America**

Counter Deposit   **CREDIT**
Depósito de contador

90 ☐ Customer Connection   82 ☐ (AZ)   36 ☐ (AR)   84 ☐ (CA)   76 ☐ (CT)   30 ☐ (MI)   34 ☐ (MO)   87 ☐ (NV)   61 ☐ (NH)   74 ☐ (TX)   53 ☐ (VA)   50 ☐ (MA-DC)   99 ☐ (WA-ST)

79 ☐ (FL)   58 ☐ (GA)   86 ☐ (ID)   32 ☐ (IL)   31 ☐ (IN)   33 ☐ (IA)   35 ☐ (KS)   88 ☐ (ME)   52 ☐ (MD)   77 ☐ (MA)   39 ☐ (PA)   89 ☐ (RI)   57 ☐ (SC)   63 ☐ (TN)

55 ☐ (NJ)   38 ☐ (NM)   81 ☐ (NY)   56 ☐ (NC)   37 ☐ (OK)   97 ☐ (OR)

Name / Nombre  4IKITM /ACL
(Please Print)

Address / Dirección  4570 Canyon crt
(Please Print)

City/State/Zip Code /
Ciudad/Estado/Código postal  MCINO, CA 91316
(Please Print)

Telephone / Teléfono  (424) 346 4690

Date / Fecha  8/3/18

00-14-3074S   04-2017

X
*SIGN HERE IF CASH RECEIVED FROM DEPOSIT / FIRMA AQUÍ SI RECIBES EFECTIVO*

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes. Se Requiere identificación apropiada.

Deposits may not be available for immediate withdrawal.

Cash ▶
Efectivo

Checks ▶        20,000.—
Cheques

Subtotal ▶      20,000.00

Location/Store/Serial # (For Business customers only)
Ubicación/Tienda/Número de serie (Solo para clientes comerciales)

Proof Code   Account Number / Número de cuenta

84  3250821 03781

Less Cash ▶
Menos efectivo
Total Deposit $  20,000.—
Total de depósito

⑆5409501 31⑆                    5

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651894



Enter This Total On The Front Of This Ticket

Seq: Do not write in this area

Batch: 564955

Date: 08/03/18

10.
9.
8.
7.
6.
5.
4.
3.
2.
1.

Dollars

Cents

Seq:00058 08/03/18
BAT.564955 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA90194

Tran 00062    08/03/2018    10:15
Entity NCA   CC 0000600 Tlr 00004
Account      ********3781
R/TN 540930135
Deposit                    $20,000.00

IntRef       1U9T36TT2M4CXVCFVI92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651895

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

324832

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER

324832

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 8/2/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE   RED IMAGE DISAPPEARS WITH HEAT

⑈324832⑈ ⑆122243635⑈    411068982⑈

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE

Seq:  59
Batch:  5649
Date: 08/03/18

Seq:00059 08/03/18
BAT:564955 CC:3180000000
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

The security features listed below, as well as those
not listed, exceed industry guidelines.

Security Features:

Micro-printed Border:

Warning Band:
Security Screen Border:
Colored Background:
Chemically Sensitive Paper:

Heat Sensitive Ink:

Padlock



**Bank of America**

**Counter Deposit** **CREDIT**
Deposito de contador

00-14-3074S 04-2017

98 ☐ Customer Connection   82 ☐ (AZ)   36 ☐ (AR)   84 ☐ (CA)   76 ☐ (CT)   30 ☐ (MI)   34 ☐ (MO)   87 ☐ (NV)   61 ☐ (NH)   74 ☐ (TX)   53 ☐ (VA)   50 ☐ (WA-DC)   99 ☐ (WA-ST)

79 ☐ (FL)   58 ☐ (GA)   86 ☐ (ID)   32 ☐ (IL)   31 ☐ (IN)   33 ☐ (IA)   35 ☐ (KS)   88 ☐ (ME)   52 ☐ (MD)   77 ☐ (MA)   39 ☐ (PA)   89 ☐ (RI)   57 ☐ (SC)   63 ☐ (TN)

55 ☐ (NJ)   38 ☐ (NM)   81 ☐ (NY)   56 ☐ (NC)   37 ☐ (OK)   97 ☐ (OR)

Name / Nombre   NICOA MONT (Please Print)

Address / Dirección   4770 Canyon br. (Please Print)

City/State/Zip Code /
Ciudad/Estado/Código postal   MEINCO, CF 91111 (Please Print)

Telephone / Teléfono   (424) 396-4690

Date / Fecha   5/10/18

X
*SIGN HERE IF CASH RECEIVED FROM DEPOSIT / FIRMA AQUÍ SI RECIBES EFECTIVO*

Location/Store/Serial # (For Business customers only)
Ubicación/Tienda/Número de serie (Solo para clientes comerciales)

Proof Code Account Number / Número de cuenta

8432508210378 1

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes. Se Requiere identificación apropiada.

Cash
Efectivo ▸

Checks
Cheques ▸

Subtotal ▸

Less Cash ▸
Menos efectivo
Total Deposit
Total de depósito $

Deposits may not be available for immediate withdrawal.

20 010.—

20 000.—

⑆540950131⑆

S

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651898

Enter This Total On The Front Of This Ticket



Dollars

10.
9.
8.
7.
6.
5.
4.
3.
2.
1.



Seq: 32
Batch: 584511
Date: 09/10/18

Do not write in this area

Cents

09/10/2018 17:10 NCA T00141    R540930135
AcctH  ********3781 CC 0000600 Tlr 00012

Total Deposit To CHK         $20,000.00
Credit Pending Posts on       09/10/2018
Available Now                     $0.00

IntRef      1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651899

325483

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

TORREY PINES BANK
801 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER

325483

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 9/10/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

⑆325483⑆ ⑈122243635⑈ 4110689821⑈

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651900

Seq: 33
Batch: 584511
Date: 09/10/18

Security Features:
Microprinted Border

Warning Band

Secure Screen Back

Coated Reverse

Chemically Sensitive Paper

Heat Sensitive Ink

ENDORSE HERE

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT   DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651901



**Bank of America**

**Counter Deposit CREDIT**
Depósito de contador

90 ☐ Customer Connection  82 ☐ (AZ)  36 ☐ (AR)  84 ☒ (CA)  76 ☐ (CT)  30 ☐ (MI)  34 ☐ (MO)  87 ☐ (NV)  61 ☐ (NH)  74 ☐ (TX)  53 ☐ (VA)  50 ☐ (WA-DC)  99 ☐ (WA-ST)

79 ☐ (FL)  58 ☐ (GA)  86 ☐ (ID)  32 ☐ (IL)  31 ☐ (IN)  33 ☐ (IA)  35 ☐ (KS)  88 ☐ (ME)  52 ☐ (MD)  77 ☐ (MA)  39 ☐ (PA)  89 ☐ (RI)  57 ☐ (SC)  63 ☐ (TN)

55 ☐ (NJ)  38 ☐ (NM)  81 ☐ (NY)  56 ☐ (NC)  37 ☐ (OK)  97 ☐ (OR)

Name / Nombre  NIKITA  INC.
*(Please Print)*

Address / Dirección  4570  Lomber  Ave
*(Please Print)*

Date / Fecha  9/28/18

00-14-3074S  04-2017

City/State/Zip Code /
Ciudad/Estado/Código postal  Encino  LA.  91316
*(Please Print)*

Telephone / Teléfono  (424) 346-4690

All items received subject to terms and
conditions of applicable laws, regulations
and deposit agreement. Proper
identification required

Todo efectivo y cheques recibidos están
sujetos a los términos y condiciones de las
leyes, regulaciones y convenios de
depósito correspondientes. Se Requiere
identificación apropiada.

Deposits may not be available for immediate withdrawal

X _____

*SIGN HERE IF CASH RECEIVED FROM DEPOSIT / FIRMA AQUÍ SI RECIBES EFECTIVO*

**Cash** ▶
**Efectivo**

**Checks** ▶
**Cheques**

20 000.00

Location/Store/Serial # (For Business customers only)
Ubicación/Tienda/Número de serie (Solo para clientes comerciales)

Proof Code  Account Number / Número de cuenta

84  3250821 03781

**Subtotal** ▶

20 000.00

**Less Cash** ▶
Menos efectivo

**Total Deposit** $
Total de depósito $

20 000.00

⑈540950131⑈   5

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER   USAO_GK_00651902

Enter This Total On The Front Of This Ticket

Dollars

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

Cents

Seq:00089 09/28/18
BAT:092763 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

Seq: 89   Do not write in this area
Batch: 092763
Date: 09/28/18

09/28/2018 09:42 NCA T00015   R540930135
Acct# ********3781 CC 0000600 Tlr 00003

Total Deposit To CHK        $20,000.00
Credit Pending Posts on     09/28/2018
Available Now                    $0.00

IntRef      1V9T36TT2M4CXVCFVT92034

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651903

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA  90017

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

325774

NUMBER
325774

*TWENTY THOUSAND AND XX / 100

| DATE | AMOUNT |
|------|--------|
| 9/27/2018 | $*********20,000.00* |

PAY
TO THE
ORDER
OF

Nikita Management, Inc.

1NIKITA

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈325774⑈ ⑆122243635⑆ 4110689821⑈

— ENDORSE HERE —

FOR DEPOSIT ONLY

CHECK HERE AFTER
MOBILE OR REMOTE DEPOSIT

SIGN   DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq:  90
Batch: 092763
Date: 09/28/18

Seq:00090 09/28/18
BAT:092763 CC:3180000600
WT:01 LTPS:Jacksonville PT
BC:Los Angeles Main BC CA9-194

The security features listed below as well as those
not used exceed industry guidelines.

Security Features:

Microprinting border:

Warning Band:

Security Screen Reverse:

Chemical Sensitive Paper:

Heat Sensitive Ink:

EXHIBIT 332

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 01/18/2018 | 5066 | 45-0 | 321655 | 4110689821 | 0 | 31873.04 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| | 1 | | |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 01/18/2018 | 19640417 | 322275791 | Y | 2 | | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651939

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/01/2018 | 5073 | 68-0 | 322199 | 4110689821 | 0 | 13265.18 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/01/2018 | 19907219 | 322275791 | Y | 2 | | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651940

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/21/2018 | 5079 | 34-0 | 322455 | 4110689821 | 0 | 5480.36 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/21/2018 | 20032470 | 322275791 | Y | 2 | | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651941

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/21/2018 | 5079 | 33-0 | 322462 | 4110689821 | 0 | 5751.78 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/21/2018 | 20032469 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651942

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 03/30/2018 | 5025 | 14-0 | 322645 | 4110689821 | 0 | 5687.46 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| | 1 | | |



CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651943

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 04/16/2018 | 5032 | 22-0 | 323001 | 4110689821 | 0 | 28764.21 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |



### Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 04/16/2018 | 20177624 | 322275791 | Y | 2 | 4 | |

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 10/22/2018 | 5095 | 39-0 | 326071 | 4110689821 | 0 | 8761.40 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| | 1 | | |





## Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 10/22/2018 | 21238467 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER    USAO_GK_00651945

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 11/27/2018 | 5070 | 55-0 | 326527 | 4110689821 | 0 | 8619.42 – USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 11/27/2018 | 21429148 | 322275591 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION–SUBJECT TO PROTECTIVE ORDER         USAO_GK_00651946

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 01/02/2019 | 5082 | 133-0 | 326897 | 4110689821 | 0 | 6915.55 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| | 1 | | |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 01/02/2019 | 21627675 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 01/04/2019 | 5074 | 75-0 | 327039 | 4110689821 | 0 | 8115.62 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |



**GIRARDI | KEESE**
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

953985

TORREY PINES BANK
601 W. 5th Street, Suite 100
Los Angeles, CA 90071

90-4363/1222

NUMBER
327039

327039

*EIGHT THOUSAND ONE HUNDRED FIFTEEN AND 62 / 100

DATE
1/2/2019

AMOUNT
$*********8,115.62*

PAY TO THE ORDER OF

Bravo's Construction
1439 W. Jefferson Blvd.
LOS ANGELES, CA 90007

1BRAISI

⑈327039⑈ ⑆122243635⑈ 4110689821⑈



TESS
1/4/2019
32227591

Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 01/04/2019 | 21645319 | 322275591 | Y | 2 | | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER        USAO_GK_00651948

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 03/13/2019 | 5061 | 19-0 | 327746 | 4110689821 | 0 | 2500.00 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| | 1 | | |



Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/13/2019 | 5061 | 20-0 | 327851 | 4110689821 | 0 | 7824.16 - USD | 122243635 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| | 1 | | |



### Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/13/2019 | 22000839 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

## Check Image



| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 04/01/2019 | 5094 | 107-00 | 7028 | 6002000096 | 0 | 8611.23 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 272 | 1 |





## Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 04/01/2019 | 22095783 | 322275791 | Y | | 2 | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651951

**Check Image**

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 04/12/2019 | 5068 | 29-00 | 7266 | 6002000096 | 0 | 7921.15 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 222 | 1 |



**Electronic Endorsements**

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 04/12/2019 | 22163517 | 322275791 | Y | 2 | 4 | |

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 04/23/2019 | 5069 | 43-00 | 7412 | 6002000096 | 0 | 6419.25 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 142 | 1 |





## Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 04/23/2019 | 22214285 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651953

**Check Image**

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 05/08/2019 | 5069 | 50-00 | 7639 | 6002000096 | 0 | 8370.82 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 550 | 1 | 136 | 1 |



CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

USAO_GK_00651954

**Electronic Endorsements**

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 05/08/2019 | 22296071 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 05/10/2019 | 5069 | 54-00 | 7666 | 6002000096 | 0 | 7900.00 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 550 | 1 | 222 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 05/10/2019 | 22308808 | 322275791 | Y | 2 | 4 | |

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 05/31/2019 | 5072 | 89-00 | 7898 | 6002000096 | 0 | 8874.17 – USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 231 | 1 |





### Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 05/31/2019 | 22409011 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 05/19/2019 | 5060 | 62-00 | 8178 | 6002000096 | 0 | 6420.32 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 550 | 1 | 117 | 1 |



GIRARDI | KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA  90017

NAND BANC
7700 Irvine Center Drive, Suite 700
Irvine, California 92618

90-4525/1222

8178

NUMBER
008178

*SIX THOUSAND FOUR HUNDRED TWENTY AND 32 / 100

DATE            AMOUNT
6/17/2019       $*******6,420.32*

PAY
TO THE
ORDER
OF

Bravo's Construction
1439 W. Jefferson Blvd.
LOS ANGELES, CA  90007

⑈008178⑈ ⑆122245251⑆ 6002000096⑈



KUMIKO
6/19/2019
32227591

## Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 06/19/2019 | 22505666 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651957

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 07/11/2019 | 5072 | 63-00 | 8406 | 6002000096 | 0 | 8545.20 – USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 145 | 1 |



## Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 07/11/2019 | 22614671 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

USAO_GK_00651958

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 07/11/2019 | 5072 | 62-00 | 8472 | 6002000096 | 0 | 3765.00 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 145 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 07/11/2019 | 22614670 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 07/26/2019 | 5067 | 43-00 | 8669 | 6002000096 | 0 | 8650.00 – USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 195 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 07/26/2019 | 22687559 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

**Check Image**

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 08/05/2019 | 5096 | 112-00 | 8736 | 6002000096 | 0 | 7785.30 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 265 | 1 |



**Electronic Endorsements**

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|----|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 08/05/2019 | 22733312 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 08/05/2019 | 5096 | 113-00 | 8675 | 6002000096 | 0 | 8611.09 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 265 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 08/05/2019 | 22733313 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 08/14/2019 | 5057 | 24-00 | 8852 | 6002000096 | 0 | 8842.17 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 121 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 08/14/2019 | 22779469 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 09/03/2019 | 5043 | 7-00 | 9023 | 6002000096 | 0 | 6172.70 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 145 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 09/03/2019 | 22861479 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651964

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 09/03/2019 | 5043 | 6-00 | 9032 | 6002000096 | 0 | 3745.62 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 145 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 09/03/2019 | 22861478 | 322275591 | Y | 2 | | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 09/03/2019 | 5043 | 5-00 | 9039 | 6002000096 | 0 | 5250.00 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 145 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 09/03/2019 | 22861477 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 09/17/2019 | 5065 | 34-00 | 9200 | 6002000096 | 0 | 3610.75 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 550 | 1 | 137 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 09/17/2019 | 22938047 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 10/08/2019 | 5060 | 46-00 | 9456 | 6002000096 | 0 | 4779.46 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 153 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | | BOFD | 1 | 10/08/2019 | 23039752 | 322275791 | Y | 2 | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER            USAO_GK_00651968

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 11/13/2019 | 5067 | 12-00 | 9758 | 6002000096 | 0 | 8114.64 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 141 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 11/13/2019 | 23200357 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 11/18/2019 | 5093 | 74-00 | 9818 | 6002000096 | 0 | 10000.00 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 237 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|----|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 11/18/2019 | 23223009 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 11/26/2019 | 5081 | 34-00 | 9855 | 6002000096 | 0 | 9145.14 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 145 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 11/26/2019 | 23260833 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 11/29/2019 | 5017 | 20-00 | 9866 | 6002000096 | 0 | 6118.27 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 43 | 1 |



GIRARDI | KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

NANO BANC
7700 Irvine Center Drive, Suite 700
Irvine, California 92618

90-4525/1222

9866

NUMBER
009866

*SIX THOUSAND ONE HUNDRED EIGHTEEN AND 27 / 100

DATE          AMOUNT

11/26/2019    $*********6,118.27*

PAY TO THE ORDER OF
Bravo's Construction
1439 W. Jefferson Blvd.
LOS ANGELES, CA 90007

⑈009866⑈ ⑆122245251⑆ 6002000096⑈

TESS
11/29/2019
32227591

**Electronic Endorsements**

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 11/29/2019 | 23269094 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 12/20/2019 | 5068 | 71-00 | 10009 | 6002000096 | 0 | 8715.54 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 235 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 12/20/2019 | 23377907 | 322275791 | Y | 2 | 4 | |

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 12/24/2019 | 5043 | 4-00 | 10105 | 6002000096 | 0 | 9119.57 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 67 | 1 |





## Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 12/24/2019 | 23393464 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 12/26/2019 | 5081 | 47-00 | 10109 | 6002000096 | 0 | 8817.20 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 181 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 12/26/2019 | 23399587 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 01/06/2020 | 5094 | 64-00 | 10204 | 6002000096 | 0 | 8420.06 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 255 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 01/06/2020 | 23446601 | 322275791 | Y | 2 | 4 | |

### Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 01/14/2020 | 5061 | 16-00 | 10280 | 6002000096 | 0 | 8617.40 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 131 | 1 |





### Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 01/14/2020 | 23484518 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 01/23/2020 | 5066 | 16-00 | 10312 | 6002000096 | 0 | 7634.97 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 124 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 01/23/2020 | 23521799 | 322275791 | Y | 2 | | 4 |

USAO_GK_00651978

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/12/2020 | 5059 | 28-00 | 10497 | 6002000096 | 0 | 5177.42 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 128 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/12/2020 | 23719689 | 322275791 | Y | 2 | | 4 |

**Check Image**

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/23/2020 | 5092 | 49-00 | 10590 | 6002000096 | 0 | 5725.40 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 174 | 1 |





**Electronic Endorsements**



| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/23/2020 | 23756054 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER
USAO_GK_00651980

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 03/31/2020 | 5064 | 15-00 | 10655 | 6002000096 | 0 | 5780.81 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 115 | 1 |







Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 03/31/2020 | 23779967 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 04/16/2020 | 5021 | 9-00 | 10737 | 6002000096 | 0 | 5317.40 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 60 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | | BOFD | 1 | 04/16/2020 | 23828264 | 322275791 | Y | 2 | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 04/21/2020 | 5025 | 23-00 | 10769 | 6002000096 | 0 | 5801.19 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 63 | 1 |





## Electronic Endorsements



| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 04/21/2020 | 23842244 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651983

## Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 05/04/2020 | 5094 | 45-00 | 10910 | 6002000096 | 0 | 4911.72 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 227 | 1 |





## Electronic Endorsements



| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 05/04/2020 | 23883930 | 322275791 | Y | 2 | 4 | |

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 05/22/2020 | 5066 | 66-00 | 10965 | 6002000096 | D 2764.11 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 550 | 1 | 190 | 1 |





Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | BOFD | 1 | 05/22/2020 | 23948929 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651985

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|-----------|---------|----------|--------|-----------|-----------|--------|---------|
| 06/19/2020 | 5030 | 8-00 | 11129 | 6002000096 | 0 | 4186.39 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|-----------------|----------|-----------|----------|
| 550 | 1 | 98 | 1 |



Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 06/19/2020 | 24041931 | 322275791 | Y | 2 | 4 | |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER            USAO_GK_00651986

Check Image

| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 09/15/2020 | 5024 | 16-00 | 11625 | 6002000096 | 0 | 4865.67 - USD | 122245251 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 550 | 1 | 70 | 1 |



GIRARDI | KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017

NANO BANC
7700 Irvine Center Drive, Suite 700
Irvine, California 92618

90-4525/1222

11625

NUMBER
011625

*FOUR THOUSAND EIGHT HUNDRED EIGHTY-FIVE AND 67 / 100

DATE 9/10/2020          AMOUNT $*********4,885.67*

PAY TO THE ORDER OF
Bravo's Construction
1439 W. Jefferson Blvd.
LOS ANGELES, CA  90007

TIFFANY
9/15/2020
32227591

Electronic Endorsements



| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | | BOFD | 1 | 09/15/2020 | 24323790 | 322275591 | Y | 2 | 4 |

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER          USAO_GK_00651987

# EXHIBIT 33'

NC2581 general purpose · adams · carbonless • 2-part

## BRAVO'S CONSTRUCTION
LICENSE #736958
1439 W. JEFFERSON BLVD.
LOS ANGELES, CA 90007
PH: (323) 735-3777

No. 122314

DATE Dec 23 2014

ORDER NO.

NAME  Girardi & Tom

ADDRESS  1126 wilshire

CITY, STATE, ZIP  L.A Ca 90017

SOLD BY

☐ CASH   ☐ C.O.D.   ☐ PAID OUT
☐ CHARGE   ☐ MERCHANDISE RETURNED

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  | Auto expanser | $34,842 — |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL | $34,842 — |  |
|  | Paid # 305267 PIF | |  |
|  |  |  |  |
|  | Bruce |  |  |

SIGNATURE

adams
NC2581

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.     01-11

EXHIBIT 334

NC2581 general purpose          adams          carbonless • 2-part

## BRAVO'S CONSTRUCTION
LICENSE #736958
1439 W. JEFFERSON BLVD.
LOS ANGELES, CA 90007
PH: (323) 735-3777

No. 121214

DATE Dec/12/2014
ORDER NO.

NAME  Girardi & Keese

ADDRESS  1126 wilshire

CITY, STATE, ZIP  L. A. Ca 90017

SOLD BY
☐ CASH   ☐ C.O.D.   ☐ PAID OUT
☐ CHARGE   ☐ MERCHANDISE RETURNED

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Tom Personal | $ 4,321 | 10 |
| | Auto expanser | $ 11 650 | — |
| | off expanses (donuts) | 985 | 90 |
| | | $16,957 | — |
| | | | |
| | | | |
| | | | |
| | TOTAL | $16 957 | — |
| | Paid # 30497S PIF | | |
| | Bruce | | |

SIGNATURE

adams
NC2581          ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.          01-11

EXHIBIT 33)

NC2581 general purpose     **adams**     carbonless • 2-part

## BRAVO'S CONSTRUCTION
LICENSE #736958
1439 W. JEFFERSON BLVD.
LOS ANGELES, CA 90007
PH: (323) 735-3777

No. CR121114

DATE Dec/11/2014
ORDER NO.

NAME Girardi & Keese
ADDRESS 1126 wilshire
CITY, STATE, ZIP L.A. Ca 90017

SOLD BY

☐ CASH   ☐ C.O.D.   ☐ PAID OUT
☐ CHARGE   ☐ MERCHANDISE RETURNED

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Storage | $12,000 — | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $12,000 — | |
| | Paid # 30920 PIF | | |
| | | | |
| | | | |
| | Blnce | ⊘ | |

SIGNATURE

**adams**
NC2581
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.     01-11

SUBJECT TO PROTECTIVE ORDER

USAO_GK_00005741

# EXHIBIT 33*

NC2581 general purpose     **a** adams     carbonless • 2-part

**BRAVO'S CONSTRUCTION**
LICENSE #736958
1439 W. JEFFERSON BLVD.
LOS ANGELES, CA 90007
PH: (323) 735-3777

No. 112514

DATE Nov 25 2014

ORDER NO.

NAME Girardi & Keese

ADDRESS 1126 wilshire

CITY, STATE, ZIP L. A. Ca 90017

SOLD BY

☐ CASH    ☐ C.O.D.    ☐ PAID OUT
☐ CHARGE    ☐ MERCHANDISE RETURNED

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Auto expanser | | $34,961 30 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | $34,961 30 |
| | | | |
| Paid #54 | | | |
| 304 PIF | | | |
| | | | |
| | Blnce | | — 0 |

SIGNATURE

**a** adams
NC2581     ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.     01-11

SUBJECT TO PROTECTIVE ORDER        USAO_GK_00005738

EXHIBIT 33+

NC2581 general purpose     adams     carbonless • 2-part

## BRAVO'S CONSTRUCTION
### LICENSE #736958
**1439 W. JEFFERSON BLVD.**
**LOS ANGELES, CA 90007**
**PH: (323) 735-3777**

No. CR112514

DATE Nov/25/2014

ORDER NO.

NAME   Girardi & Keese

ADDRESS   1126 wilshire

CITY, STATE, ZIP   L.A Ca 90017

SOLD BY

- [ ] CASH
- [ ] CHARGE
- [ ] C.O.D.
- [ ] MERCHANDISE RETURNED
- [ ] PAID OUT

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Leasehold - 1122 Bldg | $12,000 — | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $12,000 — | |
| | Paid #304696 P/X | | |
| | | | |
| | | | |
| | Blnce | | 0 |

SIGNATURE

adams NC2581     **ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.**     01-11

SUBJECT TO PROTECTIVE ORDER     USAO_GK_00005739

EXHIBIT 33,

NC2581 general purpose     **adams**     carbonless • 2-part

## BRAVO'S CONSTRUCTION
LICENSE #736958
1439 W. JEFFERSON BLVD.
LOS ANGELES, CA 90007
PH: (323) 735-3777

No. CR112114

DATE Nov/21/2014

ORDER NO.

NAME Girardi & Keese

ADDRESS 1126 wilshire

CITY, STATE, ZIP L.A. Ca 90017

SOLD BY
☐ CASH ☐ C.O.D. ☐ PAID OUT
☐ CHARGE ☐ MERCHANDISE RETURNED

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| Bldg | Repair & maintenance | $12 000 — | |
| | (A/c (Repair) | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $12,000 — | |
| | Paid # 304671 PIF | | |
| | BlNCE | | Ø |

SIGNATURE

**adams**
NC2581

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.

01-11

SUBJECT TO PROTECTIVE ORDER     USAO_GK_00005737

EXHIBIT 33-

NC2581 general purpose · adams · carbonless · 2-part

## BRAVO'S CONSTRUCTION
LICENSE #736958
1439 W. JEFFERSON BLVD.
LOS ANGELES, CA 90007
PH: (323) 735-3777

No. 121511

DATE Dec 15 2011

ORDER NO.

NAME Girardi & Keese

ADDRESS 1126 wilshire Blvd.

CITY, STATE, ZIP Los Angeles, Ca. 90017

SOLD BY

☐ CASH  ☐ C.O.D.  ☐ PAID OUT
☐ CHARGE  ☐ MERCHANDISE RETURNED

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Tom Personal | | 2900 25 |
| | Auto repairs & maintenance | | 8887 87 |
| | off. expenses (Donuts) | | 867 57 |
| | | | |
| | TOTAL | | 12655 69 |
| | | | |
| | | | |
| | Paid w/ # 202548 | | |
| | PIF | | |
| | | | |
| | | | |
| | | | |
| | Bruce | | |

SIGNATURE

adams
NC2581

**ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.**

01-11

SUBJECT TO PROTECTIVE ORDER          USAO_GK_00005681

EXHIBIT 3( $

1190-0  Interoffice Recv 1138

| Invoice# | | Date | Amount | | Account | |
|---|---|---|---|---|---|---|
| 032519 | | 3/25/2019 | 5,000.00 | 007028 | 6610 | |
| 032519E | | 3/25/2019 | 1,346.74 | 007028 | 6040 | $8,611.23 |
| 032519E | | 3/25/2019 | 2,264.49 | 007028 | 6042 | |
| 040319 | | 4/3/2019 | 5,000.00 | 007133 | 6610 | |
| 040319E | | 4/3/2019 | 1,685.20 | 007133 | 6040 | $7971.24 |
| 040319E | | 4/3/2019 | 1,286.04 | 007133 | 6042 | |
| 041119 | | 4/11/2019 | 5,000.00 | 007266 | 6610 | |
| 041119E | | 4/11/2019 | 1,132.61 | 007266 | 6040 | $7,921.15 |
| 041119E | | 4/11/2019 | 1,788.54 | 007266 | 6042 | |
| 041619 | | 4/16/2019 | 5,000.00 | 007336 | 6610 | |
| 041619E | | 4/16/2019 | 2,611.40 | 007336 | 6040 | |
| 041619E | | 4/16/2019 | 7,880.87 | 007336 | 6042 | 17,245.81 |
| 041619E | | 4/16/2019 | 1,753.54 | 007336 | 6610 | |
| 042219 | | 4/22/2019 | 3,000.00 | 007412 | 6610 | |
| 042219E | | 4/22/2019 | 1,320.47 | 007412 | 6040 | $6,419.25 |
| 042219E | | 4/22/2019 | 2,098.78 | 007412 | 6042 | |
| 042919 | | 4/29/2019 | 5,000.00 | 007515 | 6610 | |
| 042919E | | 4/29/2019 | 2,115.60 | 007515 | 6040 | |
| 042919E | | 4/29/2019 | 2,445.90 | 007515 | 6042 | 11,293.50 |
| 042919E | | 4/29/2019 | 732.00 | 007515 | 6410 | |
| 042919F | | 4/29/2019 | 1,000.00 | 007515 | 6610 | |
| 050319 | | 5/3/2019 | 7,200.00 | 007576 | 6042 | 7200 |
| 050619 | | 5/6/2019 | 5,000.00 | 007639 | 6610 | 5000 |
| 050919E | | 5/6/2019 | 1,512.72 | 007639 | 6040 | |
| 050919E | | 5/6/2019 | 1,858.10 | 007639 | 6042 | 337082 |
| 050919 | | 5/9/2019 | 7,900.00 | 007666 | 6610 | 7900 |
| 121511 | | 12/15/2011 | 2,900.25 | 202548 | 3220 | |
| 121511 | | 12/15/2011 | 8,887.87 | 202548 | 6042 | 12,655.69 |
| 121511 | | 12/15/2011 | 867.57 | 202548 | 6410 | |
| 012712 | | 1/27/2012 | 11,404.50 | 203428 | 6040 | 11,404.50 |
| CR030212A | | 3/7/2012 | 13,000.00 | 204175 | 6042 | 13,000 |
| 033012 | | 3/30/2012 | 11,000.00 | 204644 | 6040 | 11,000 |
| 050112 | | 5/1/2012 | 13,000.00 | 205231 | 6040 | 13,000 |
| CR060112 | | 6/1/2012 | 13,200.00 | 205844 | 6040 | 13,200 |
| 072812 | | 6/28/2012 | 12,500.00 | 206281 | 6040 | 12,500 |
| 080112 | | 8/1/2012 | 13,516.64 | 207005 | 6040 | 13,516.64 |
| 082912 | | 8/29/2012 | 13,000.00 | 207512 | 6040 | 13,000 |
| 100312 | | 10/3/2012 | 13,500.00 | 208455 | 6040 | 13,500 |
| 110212 | | 11/2/2012 | 12,000.00 | 208914 | 6040 | 12,000 |
| 120312 | | 12/3/2012 | 12,850.00 | 209432 | 6040 | 25,7... |
| 120312A | | 12/3/2012 | 12,863.40 | 209564 | 6040 | |
| 122812 | | 12/28/2012 | 25,439.13 | 210011 | 6040 | 25,439.13 |
| 013113 | | 1/31/2013 | 16,269.40 | 210538 | 6040 | 16,269.40 |
| CR021513 | | 2/15/2013 | 13,086.00 | 210853 | 6040 | 13,086.00 |
| CR030413 | | 3/4/2013 | 14,833.63 | 211176 | 6040 | 14,833.63 |
| 030413A | | 3/4/2013 | 14,000.00 | 211226 | 6040 | 14K |
| 033013 | | 3/30/2013 | 15,000.00 | 211676 | 6040 | |
| 033013A | | 3/30/2013 | 14,692.89 | 211730 | 6040 | ...89 |
| 043013 | | 5/3/2013 | 14,192.11 | 212210 | 6040 | 14,192.11 |

INV 32

SUBJECT TO PROTECTIVE ORDER          USAO_GK_00005664

| | Invoice | Date | Amount | ID | Code |
|---|---|---|---|---|---|
| ✓ | 043013A | 4/30/2013 | 14,675.72 | 212396 | 6040 |
| ✓ | 053113 | 5/31/2013 | 14,387.63 | 212963 | 6040 |
| ✓ | 053113A | 5/31/2013 | 14,387.63 | 212985 | 6040 |
| ✓ | 062813 | 6/28/2013 | 13,712.80 | 213287 | 6040 |
| ✓ | 062813A | 6/28/2013 | 13,712.80 | 213369 | 6040 |
| ✓ | 073113 | 7/31/2013 | 9,500.00 | 213906 | 6040 |
| | 073113 | 7/31/2013 | 19,052.41 | 213906 | 6040 |
| ✓ | 083013 | 8/30/2013 | 28,780.31 | 214502 | 6040 |
| ✓ | CR091613 | 9/16/2013 | 7,000.00 | 214580 | 6042 |
| ✓ | 100313 | 10/3/2013 | 29,855.67 | 215029 | 6040 |
| ✓ | CR103013 | 10/30/2013 | 8,570.00 | 215403 | 6040 |
| ✓ | 103013 | 10/30/2013 | 28,872.21 | 215518 | 6040 |
| ✓ | 120413 | 12/4/2013 | 2,343.72 | 216059 | 6042 |
| | 120413 | 12/4/2013 | 26,743.93 | 216059 | 6043 |
| ✓ | 123013 | 12/30/2013 | 29,822.08 | 216694 | 6040 |
| ✓ | 012814 | 1/28/2014 | 28,817.47 | 217334 | 6040 |
| ✓ | 022614 | 2/26/2014 | 29,332.41 | 300054 | 6040 |
| ✓ | 032614 | 3/26/2014 | 28,081.42 | 300547 | 6040 |
| ✓ | CR040714 | 4/7/2014 | 7,500.00 | 300547 | 6042 |
| ✓ | CR041414 | 4/14/2014 | 8,300.00 | 300664 | 6040 |
| ✓ | 042414 | 4/24/2014 | 32,999.21 | 301058 | 6040 |
| ✓ | 052714 | 5/27/2014 | 30,814.48 | 301728 | 6040 |
| | 061614 | 6/16/2014 | 5,783.00 | 301851 | 3220 |
| ✓ | 061614 | 6/16/2014 | 14,232.73 | 301851 | 6040 |
| | 061614 | 6/16/2014 | 1,270.00 | 301851 | 6230 |
| ✓ | CR063014 | 6/30/2014 | 11,109.82 | 302112 | 6042 |
| ✓ | CR070214 | 7/2/2014 | 6,109.82 | 302138 | 6042 |
| ✓ | 062614 | 6/26/2014 | 27,890.69 | 302144 | 6040 |
| | 071514 | 7/15/2014 | 3,714.09 | 302368 | 3220 |
| ✓ | 071514 | 7/15/2014 | 12,745.00 | 302368 | 6040 |
| | 071514 | 7/15/2014 | 929.97 | 302368 | 6230 |
| | 081514 | 8/15/2014 | 4,171.65 | 303023 | 3220 |
| | 081514 | 8/15/2014 | 9,210.00 | 303023 | 6040 |
| | 081514 | 8/15/2014 | 5,430.00 | 303023 | 6040 |
| | 081514 | 8/15/2014 | 980.40 | 303023 | 6230 |
| ✓ | 082714 | 8/27/2014 | 30,816.13 | 303308 | 6040 |
| | 091514 | 9/15/2014 | 4,461.05 | 303476 | 3220 |
| ✓ | 091514 | 9/15/2014 | 14,540.00 | 303476 | 6040 |
| | 091514 | 9/15/2014 | 979.85 | 303476 | 6230 |
| ✓ | 092314 | 9/23/2014 | 30,341.00 | 303743 | 6040 |
| ✓ | CR100714 | 10/7/2014 | 14,400.00 | 303848 | 6042 |
| | 101314 | 10/13/2014 | 4,325.90 | 303944 | 3220 |
| ✓ | 101314 | 10/13/2014 | 11,350.00 | 303944 | 6040 |
| | 101314 | 10/13/2014 | 984.50 | 303944 | 6230 |
| ✓ | CR101414 | 10/14/2014 | 7,700.00 | 303955 | 6042 |
| ✓ | 102514 | 10/25/2014 | 32,969.01 | 304231 | 6040 |
| | 111214 | 11/12/2014 | 4,256.55 | 304503 | 3220 |
| ✓ | 111214 | 11/12/2014 | 11,570.00 | 304503 | 6040 |
| | 111214 | 11/12/2014 | 975.30 | 304503 | 6230 |
| ✓ | CR111414A | 11/14/2014 | 6,500.00 | 304560 | 6042 |

Handwritten annotations: 28,552.41 ; 29,087.65 ; 21,285.73 ; 17,389.06 ; 19,792.05 ; 19,980.90 ; 16,660.40 ; 16,801.85 ; 6,500.

| ID | Date | Amount | Check# | Code |
|---|---|---|---|---|
| CR112114 | 11/21/2014 | 12,000.00 | 304671 | 6610 |
| CR112514 | 11/25/2014 | 12,000.00 | 304696 | 1490 |
| 112514 | 11/25/2014 | 34,961.30 | 304754 | 6040 |
| CR120414 | 12/4/2014 | 12,000.00 | 304784 | 6610 |
| CR121114 | 12/11/2014 | 12,000.00 | 304920 | 6670 |
| 121214 | 12/12/2014 | 4,321.10 | 304975 | 3220 |
| 121214 | 12/12/2014 | 11,650.00 | 304975 | 6040 |
| 121214 | 12/12/2014 | 985.90 | 304975 | 6230 |
| 122314 | 12/23/2014 | 34,842.00 | 305267 | 6040 |
| 011415 | 1/14/2015 | 4,316.00 | 305529 | 3220 |
| 011415 | 1/14/2015 | 11,750.00 | 305529 | 6040 |
| 011415 | 1/14/2015 | 874.50 | 305529 | 6230 |
| CR012615 | 1/27/2015 | 11,000.00 | 305745 | 6610 |
| 012315 | 1/23/2015 | 35,000.56 | 305788 | 6040 |
| CR020415 | 2/4/2015 | 15,000.00 | 305879 | 6610 |
| CR021215 | 2/12/2015 | 20,000.00 | 306064 | 1480 |
| 021115 | 2/11/2015 | 3,922.40 | 306071 | 3220 |
| 021115 | 2/11/2015 | 13,395.00 | 306071 | 6040 |
| 021115 | 2/11/2015 | 1,240.60 | 306071 | 6230 |
| CR021315 | 2/13/2015 | 10,000.00 | 306076 | 1190 |
| CR021815 | 2/19/2015 | 20,000.00 | 306151 | 1190 |
| CR022615 | 2/26/2015 | 12,000.00 | 306268 | 1190 |
| CR030215 | 3/2/2015 | 20,000.00 | 306397 | 1190 |
| CR030315 | 3/3/2015 | 10,000.00 | 306414 | 1190 |
| 022515 | 2/25/2015 | 34,961.31 | 306424 | 6040 |
| CR030915 | 3/9/2015 | 20,000.00 | 306516 | 1480 |
| CR031615 | 3/16/2015 | 15,000.00 | 306609 | 1190 |
| CR031715 | 3/17/2015 | 3,861.81 | 306637 | 3220 |
| CR031715 | 3/17/2015 | 13,421.04 | 306637 | 6042 |
| CR031715 | 3/17/2015 | 1,238.40 | 306637 | 6410 |
| CR031815 | 3/19/2015 | 20,000.00 | 306657 | 1190 |
| 21461 | 3/20/2015 | 18,750.00 | 306726 | 1480 |
| CR032315 | 3/23/2015 | 14,061.00 | 306736 | 1490 |
| CR032615 | 3/26/2015 | 9,800.96 | 306767 | 6610 |
| 032615 | 3/26/2015 | 33,796.98 | 307030 | 6040 |
| 042215 | 4/22/2015 | 4,019.95 | 307368 | 3220 |
| 042215 | 4/22/2015 | 13,115.00 | 307368 | 6040 |
| 042215 | 4/22/2015 | 1,119.40 | 307368 | 6410 |
| 042715 | 4/27/2015 | 35,101.34 | 307587 | 6040 |
| 050615 | 5/6/2015 | 1,233.08 | 307587 | 6410 |
| 051315 | 5/13/2015 | 4,023.67 | 307706 | 3220 |
| 051315 | 5/13/2015 | 13,382.00 | 307706 | 6040 |
| 051315 | 5/13/2015 | 1,134.90 | 307706 | 6230 |
| 051815 | 5/18/2015 | 12,000.00 | 307769 | 6042 |
| 060815 | 6/8/2015 | 30,695.61 | 308208 | 6040 |
| 060815 | 6/8/2015 | 3,000.00 | 308208 | 6040 |
| 061615 | 6/16/2015 | 4,197.53 | 308271 | 3220 |
| 061615 | 6/16/2015 | 13,164.00 | 308271 | 6040 |
| 061615 | 6/16/2015 | 1,232.00 | 308271 | 6230 |
| 062215 | 6/22/2015 | 15,750.00 | 308288 | 6610 |

Handwritten annotations: 16,957; 16,940.50; 18,558; 18,521.25; 18,254.35; 18,540.57; 33,695.61; 18,593.53

Circled: 3, 32

USAO_GK_00005666

2015

| | | | | | |
|---|---|---|---|---|---|
| 270602 | 7/8/2015 | | 500 | | 6610 |
| 270602R | 7/8/2015 | 7,000.00 | 500141 | 6425 | 16,875 |
| 070215 | 7/2/2015 | 33,813.79 | 500234 | 6040 | |
| 270603 | 7/14/2015 | 9,875.00 | 500245 | 6610 | |
| 071315 | 7/13/2015 | 4,222.15 | 500336 | 3220 | |
| 071315 | 7/13/2015 | 13,195.00 | 500336 | 6040 | 18,677 15 |
| 071315 | 7/13/2015 | 1,260.00 | 500336 | 6230 | |
| 072215 | 7/22/2015 | 6,439.51 | 500356 | 6410 | 7,639 51 |
| 072215 | 7/22/2015 | 1,200.00 | 500356 | 6425 | |
| 270604 | 7/22/2015 | 9,875.00 | 500356 | 6610 | |
| 270605 | 7/31/2015 | 9,875.00 | 500550 | 6610 | |
| 270606 | 8/6/2015 | 9,875.00 | 500604 | 6610 | |
| 073015 | 7/30/2015 | 22,010.66 | 500688 | 6040 | |
| 073015 | 7/30/2015 | 11,006.33 | 500688 | 6043 | |
| CR081315 | 8/13/2015 | 9,875.00 | 500717 | 6610 | |
| 081415A | 8/14/2015 | 7,159.00 | 500806 | 6040 | |
| 081415A | 8/14/2015 | 1,457.00 | 500806 | 6230 | 8,616 |
| 081715 | 8/17/2015 | 6,000.00 | 500811 | 6610 | |

SUBJECT TO PROTECTIVE ORDER

USAO_GK_00005667

(16)

2015

| | | | | | |
|---|---|---|---|---|---|
| 081715E | 8/17/2015 | 3,450.00 | 500811 | 6042 | $ 3,450 — |
| 270608 | 8/21/2015 | 9,875.00 | 500848 | 6610 | $ 9,875 — |
| 081415B | 8/21/2015 | 4,300.70 | 500848 | 3220 | $ 11,174.70 |
| 081415B | 8/21/2015 | 6,874.00 | 500848 | 6040 | $ |
| 082715 | 8/27/2015 | 16,875.00 | 500935 | 6610 | $ 16,875 — |
| 090115 | 9/1/2015 | 9,875.00 | 500995 | 6610 | $ 9,875 |
| CR090915 | 9/9/2015 | 4,400.00 | 501100 | 6040 | $ 4,400 — |
| 270611 | 9/10/2015 | 9,875.00 | 501113 | 6610 | 9875 |
| 091415 | 9/14/2015 | 10,700.00 | 501150 | 6610 | 10700 |
| 091615 | 9/16/2015 | 9,875.00 | 501175 | 6610 | 9875 — |
| 100215 | 10/2/2015 | 9,875.00 | 600049 | 6610 | 9875 |
| 100515E | 10/2/2015 | 3,650.00 | 600049 | 6042 | 3650 |
| 122811 | 12/28/2011 | 22,569.80 | | 6040 | 22,569.80 |
| 122811 | 12/28/2011 | 11,284.80- | | 6040 | |

5,035,760.16



SUBJECT TO PROTECTIVE ORDER                    USAO_GK_00005668

7) 2016

| | | | | |
|---|---|---|---|---|
| 789972 | 11/8/2018 | 9,875.00 | 315218 | 6610 |
| 111416 | 11/14/2016 | 6,590.54 | 315304 | 6042 |
| 111416 | 11/14/2016 | 7,521.68 | 315304 | 6043 |
| 111416 | 11/14/2016 | 385.40 | 315304 | 6410 |
| 789973 | 11/14/2016 | 9,875.00 | 315304 | 6610 |
| 112216 | 11/22/2016 | 3,562.47 | 315438 | 6042 |
| 112216 | 11/22/2016 | 5,300.36 | 315438 | 6043 |
| 112216 | 11/22/2016 | 680.00 | 315438 | 6410 |
| 789974 | 11/22/2016 | 9,875.00 | 315438 | 6610 |
| 112816 | 11/28/2016 | 3,918.34 | 315471 | 6042 |
| 112816 | 11/28/2016 | 5,223.19 | 315471 | 6043 |
| 112816 | 11/28/2016 | 394.80 | 315471 | 6410 |
| 789975 | 11/28/2016 | 9,875.00 | 315471 | 6610 |
| 120616 | 12/6/2016 | 4,129.82 | 315633 | 6042 |
| 120616 | 12/6/2016 | 5,032.91 | 315633 | 6043 |
| 120616 | 12/6/2016 | 398.90 | 315633 | 6410 |
| 789976 | 12/6/2016 | 9,875.00 | 315633 | 6610 |
| 121516 | 12/15/2016 | 6,643.59 | 315771 | 6042 |
| 121516 | 12/15/2016 | 7,569.45 | 315771 | 6043 |
| 121516 | 12/15/2016 | 394.90 | 315771 | 6410 |
| 789977 | 12/15/2016 | 9,875.00 | 315771 | 6610 |
| 122716 | 12/27/2016 | 6,684.45 | 316132 | 6042 |
| 122716 | 12/27/2016 | 7,744.59 | 316132 | 6043 |
| 122716 | 12/27/2016 | 2,896.80 | 316132 | 6410 |
| 122716 | 12/27/2016 | 5,000.00 | 316132 | 6610 |
| 789978 | 12/19/2016 | 9,875.00 | 316132 | 6610 |

14,497.62
9,542.83
9,536.33
9,561.63
14,607.94
15,641.39

2016

SUBJECT TO PROTECTIVE ORDER                    USAO_GK_00005669

| | | | | |
|---|---|---|---|---|
| 010617 | 1/5/2017 | 5,327.64 | 316296 | 6043 |
| 010617 | 1/5/2017 | 397.60 | 316296 | 6410 |
| 123016 | 1/5/2017 | 4,192.84 | 316296 | 6042 |
| 123016 | 1/5/2017 | 5,264.63 | 316296 | 6043 |
| 123016 | 1/5/2017 | 398.60 | 316296 | 6410 |
| 489979 | 1/5/2017 | 9,875.00 | 316296 | 6610 |
| 789980 | 1/5/2017 | 9,875.00 | 316296 | 6610 |
| 011117 | 1/11/2017 | 6,673.29 | 316410 | 6042 |
| 011117 | 1/11/2017 | 8,896.40 | 316410 | 6043 |
| 011117 | 1/11/2017 | 1,895.80 | 316410 | 6410 |
| 789981 | 1/11/2017 | 9,875.00 | 316410 | 6610 |
| 011917 | 1/19/2017 | 4,084.69 | 316481 | 6042 |
| 011917 | 1/19/2017 | 5,494.84 | 316481 | 6043 |
| 011917 | 1/19/2017 | 389.60 | 316481 | 6410 |
| 789982 | 1/19/2017 | 9,875.00 | 316481 | 6610 |
| 012017 | 1/20/2017 | 2,050.00 | 316566 | 6080 |
| 012017 | 1/20/2017 | 4,400.00 | 316566 | 6410 |
| 012517 | 1/25/2017 | 6,911.87 | 316602 | 6040 |
| 012517 | 1/25/2017 | 6,500.00 | 316602 | 6042 |
| 012517 | 1/25/2017 | 6,188.79 | 316602 | 6043 |
| 012517 | 1/25/2017 | 890.40 | 316602 | 6410 |
| 789983 | 1/25/2017 | 9,875.00 | 316602 | 6610 |
| 020217 | 2/2/2017 | 4,489.44 | 316718 | 6042 |

See Page # 8

| Ref | Date | Amount | | Acct |
|---|---|---|---|---|
| 020217 | 2/2/2017 | 5,876.97 | 316718 | 6043 |
| 020217 | 2/2/2017 | 398.80 | 316718 | 6410 |
| 789984 | 2/2/2017 | 9,875.00 | 316718 | 6610 |
| 020617 | 2/6/2017 | 4,746.89 | 316782 | 6042 |
| 020617 | 2/6/2017 | 6,189.45 | 316782 | 6043 |
| 020617 | 2/6/2017 | 440.80 | 316782 | 6410 |
| 789985 | 2/6/2017 | 12,375.00 | 316782 | 6610 |
| 021617 | 2/16/2017 | 4,884.62 | 316918 | 6040 |
| 021617 | 2/16/2017 | 6,576.97 | 316918 | 6042 |
| 021617 | 2/16/2017 | 2,300.00 | 316918 | 6080 |
| 021617 | 2/16/2017 | 445.90 | 316918 | 6410 |
| 789986 | 2/16/2017 | 9,875.00 | 316918 | 6610 |
| 030217 | 3/2/2017 | 5,858.64 | 317122 | 6040 |
| 030217 | 3/2/2017 | 7,628.38 | 317122 | 6042 |
| 030217 | 3/2/2017 | 6,358.25 | 317122 | 6043 |
| 030217 | 3/2/2017 | 949.80 | 317122 | 6410 |
| 789988 | 3/2/2017 | 9,875.00 | 317122 | 6610 |
| 030717 | 3/7/2017 | 4,952.20 | 317201 | 6040 |
| 030717 | 3/7/2017 | 4,736.25 | 317201 | 6042 |
| 030717 | 3/7/2017 | 5,845.36 | 317201 | 6043 |
| 030717 | 3/7/2017 | 949.80 | 317201 | 6410 |
| 789989 | 3/7/2017 | 9,875.00 | 317201 | 6610 |
| 031517 | 3/15/2017 | 3,832.03 | 317307 | 6040 |
| 031517 | 3/15/2017 | 5,382.45 | 317307 | 6042 |
| 031517 | 3/15/2017 | 5,867.84 | 317307 | 6043 |
| 031517 | 3/15/2017 | 959.90 | 317307 | 6410 |
| 789990 | 3/15/2017 | 9,875.00 | 317307 | 6610 |
| 032917 | 3/29/2017 | 5,996.69 | 317466 | 6040 |
| 032917 | 3/29/2017 | 4,000.00 | 317466 | 6042 |
| 032917 | 3/29/2017 | 7,485.47 | 317466 | 6043 |
| 032917 | 3/29/2017 | 1,960.90 | 317466 | 6410 |
| 789991 | 3/29/2017 | 9,875.00 | 317466 | 6610 |
| 033017 | 3/30/2017 | 5,852.59 | 317483 | 6040 |
| 033017 | 3/30/2017 | 4,100.00 | 317483 | 6042 |
| 033017 | 3/30/2017 | 7,447.84 | 317483 | 6043 |
| 033017 | 3/30/2017 | 1,948.90 | 317483 | 6410 |
| 789992 | 3/30/2017 | 9,875.00 | 317483 | 6610 |
| 040517 | 4/5/2017 | 8,010.92 | 317610 | 6042 |
| 040517 | 4/5/2017 | 7,469.47 | 317610 | 6043 |
| 040517 | 4/5/2017 | 1,460.50 | 317610 | 6410 |
| 789993 | 4/5/2017 | 9,875.00 | 317610 | 6610 |
| 041017 | 4/10/2017 | 2,500.00 | 317696 | 6040 |
| 041017 | 4/10/2017 | 7,448.65 | 317696 | 6042 |
| 041017 | 4/10/2017 | 8,953.48 | 317696 | 6043 |
| 041017 | 4/10/2017 | 2,969.80 | 317696 | 6410 |
| 789994 | 4/10/2017 | 9,875.00 | 317696 | 6610 |
| 042717 | 4/27/2017 | 3,500.00 | 317928 | 6040 |
| 042717 | 4/27/2017 | 7,461.95 | 317928 | 6042 |
| 042717 | 4/27/2017 | 8,959.89 | 317928 | 6043 |
| 042717 | 4/27/2017 | 1,959.80 | 317928 | 6410 |

| | Check | Date | Amount | Account | Code |
|---|---|---|---|---|---|
| | 789998 | 4/27/2017 | 9,875.00 | 317928 | 6610 |
| | 050217 | 5/2/2017 | 2,465.50 | 318032 | 6040 |
| | 050217 | 5/2/2017 | 7,498.92 | 318032 | 6042 |
| | 050217 | 5/2/2017 | 8,965.89 | 318032 | 6043 |
| | 050217 | 5/2/2017 | 3,005.00 | 318032 | 6410 |
| | 78999 | 5/2/2017 | 9,875.00 | 318032 | 6610 |
| | 051117 | 5/11/2017 | 5,895.16 | 318150 | 6040 |
| | 051117 | 5/11/2017 | 5,875.15 | 318150 | 6042 |
| | 051117 | 5/11/2017 | 6,355.40 | 318150 | 6043 |
| | 051117 | 5/11/2017 | 3,785.00 | 318150 | 6410 |
| | 790000 | 5/11/2017 | 9,875.00 | 318150 | 6610 |
| | 051717 | 5/17/2017 | 2,500.00 | 318272 | 6040 |
| | 051717 | 5/17/2017 | 4,994.39 | 318272 | 6042 |
| | 051717 | 5/17/2017 | 6,484.72 | 318272 | 6043 |
| | 051717 | 5/17/2017 | 2,989.00 | 318272 | 6410 |
| | 84751 | 5/17/2017 | 14,875.00 | 318272 | 6610 |
| | 052317 | 5/23/2017 | 3,500.00 | 318351 | 6040 |
| | 052317 | 5/23/2017 | 5,010.12 | 318351 | 6042 |
| | 052317 | 5/23/2017 | 6,496.79 | 318351 | 6043 |
| | 052317 | 5/23/2017 | 2,485.00 | 318351 | 6410 |
| | 052317 | 5/23/2017 | 4,500.00 | 318351 | 6425 |
| | 84752 | 5/23/2017 | 9,875.00 | 318351 | 6610 |
| | 060117 | 6/1/2017 | 1,979.00 | 318454 | 6040 |
| | 060117 | 6/1/2017 | 5,006.49 | 318454 | 6042 |
| | 060117 | 6/1/2017 | 6,493.63 | 318454 | 6043 |
| | 060117 | 6/1/2017 | 8,500.00 | 318454 | 6610 |
| | 84753 | 6/1/2017 | 9,875.00 | 318454 | 6610 |
| | 060717 | 6/7/2017 | 3,300.00 | 318521 | 6040 |
| | 060717 | 6/7/2017 | 5,010.12 | 318521 | 6042 |
| | 060717 | 6/7/2017 | 6,486.59 | 318521 | 6043 |
| | 060717 | 6/7/2017 | 2,189.00 | 318521 | 6410 |
| | 060717 | 6/7/2017 | 5,000.00 | 318521 | 6670 |
| | 84754 | 6/7/2017 | 9,875.00 | 318521 | 6610 |
| | 061517 | 6/15/2017 | 6,012.21 | 318650 | 6042 |
| | 061517 | 6/15/2017 | 7,489.98 | 318650 | 6043 |
| | 061517 | 6/15/2017 | 1,985.00 | 318650 | 6410 |
| | 061517 | 6/15/2017 | 6,499.97 | 318650 | 6610 |
| | 84755 | 6/15/2017 | 9,875.00 | 318650 | 6610 |
| | 062017 | 6/20/2017 | 2,000.00 | 318768 | 6040 |
| | 062017 | 6/20/2017 | 6,016.12 | 318768 | 6042 |
| | 062017 | 6/20/2017 | 7,492.87 | 318768 | 6043 |
| | 062017 | 6/20/2017 | 1,989.00 | 318768 | 6410 |
| | 84756 | 6/20/2017 | 9,875.00 | 318768 | 6610 |
| | 062717 | 6/27/2017 | 1,985.45 | 318875 | 6040 |
| | 062717 | 6/27/2017 | 6,010.47 | 318875 | 6042 |
| | 062717 | 6/27/2017 | 7,498.89 | 318875 | 6043 |
| | 062717 | 6/27/2017 | 1,986.00 | 318875 | 6410 |
| | 062717 | 6/27/2017 | 4,514.55 | 318875 | 6610 |
| | 84757 | 6/27/2017 | 9,875.00 | 318875 | 6610 |
| | 071113 | 7/11/2017 | 2,746.24 | 319051 | 6040 |

SUBJECT TO PROTECTIVE ORDER

USAO_GK_00005672

| | | | | |
|---|---|---|---|---|
| 071113 | 7/11/2017 | 7,492.82 | 319051 | 6043 |
| 071113 | 7/11/2017 | 3,507.29 | 319051 | 6080 |
| 071113 | 7/11/2017 | 1,980.00 | 319051 | 6410 |
| 071113 | 7/11/2017 | 1,500.00 | 319051 | 6425 |
| 071113 | 7/11/2017 | 4,753.76 | 319051 | 6610 |
| 84759 | 7/11/2017 | 9,875.00 | 319051 | 6610 |
| 071917 | 7/19/2017 | 2,800.00 | 319141 | 6040 |
| 071917 | 7/19/2017 | 8,517.21 | 319141 | 6042 |
| 071917 | 7/19/2017 | 8,494.68 | 319141 | 6043 |
| 071917 | 7/19/2017 | 2,178.00 | 319141 | 6410 |
| 84760 | 7/19/2017 | 9,875.00 | 319141 | 6610 |
| 072817 | 7/28/2017 | 3,500.00 | 319260 | 6040 |
| 072817 | 7/28/2017 | 8,512.49 | 319260 | 6042 |
| 072817 | 7/28/2017 | 8,995.63 | 319260 | 6043 |
| 072817 | 7/28/2017 | 1,990.00 | 319260 | 6410 |
| 84761 | 7/28/2017 | 9,875.00 | 319260 | 6610 |
| 080117 | 8/1/2017 | 5,602.00 | 319287 | 6040 |
| 080117 | 8/1/2017 | 8,514.94 | 319287 | 6042 |
| 080117 | 8/1/2017 | 9,496.88 | 319287 | 6043 |
| 080117 | 8/1/2017 | 1,886.00 | 319287 | 6410 |
| 84762 | 8/1/2017 | 9,875.00 | 319287 | 6610 |
| 080817 | 8/8/2017 | 2,634.85 | 319395 | 6040 |
| 080817 | 8/8/2017 | 6,513.89 | 319395 | 6042 |
| 080817 | 8/8/2017 | 7,496.35 | 319395 | 6043 |
| 080817 | 8/8/2017 | 1,789.00 | 319395 | 6410 |
| 080817 | 8/8/2017 | 3,565.15 | 319395 | 6610 |
| 84763 | 8/8/2017 | 9,875.00 | 319395 | 6610 |
| 081517 | 8/15/2017 | 3,000.00 | 319512 | 6040 |
| 081517 | 8/15/2017 | 8,129.84 | 319512 | 6042 |
| 081517 | 8/15/2017 | 8,381.27 | 319512 | 6043 |
| 081517 | 8/15/2017 | 1,500.00 | 319512 | 6300 |
| 081517 | 8/15/2017 | 1,987.50 | 319512 | 6410 |
| 84764 | 8/15/2017 | 9,875.00 | 319512 | 6610 |
| 082217 | 8/22/2017 | 8,509.94 | 319595 | 6042 |
| 082217 | 8/22/2017 | 9,497.18 | 319595 | 6043 |
| 082217 | 8/22/2017 | 1,191.00 | 319595 | 6410 |
| 082217 | 8/22/2017 | 2,800.00 | 319595 | 6610 |
| 84765 | 8/22/2017 | 9,875.00 | 319595 | 6610 |
| 082917 | 8/29/2017 | 1,250.00 | 319638 | 6040 |
| 082917 | 8/29/2017 | 8,012.61 | 319638 | 6042 |
| 082917 | 8/29/2017 | 9,493.76 | 319638 | 6043 |
| 082917 | 8/29/2017 | 1,993.00 | 319638 | 6410 |
| 082917 | 8/29/2017 | 1,250.00 | 319638 | 6610 |
| 84766 | 8/29/2017 | 9,875.00 | 319638 | 6610 |
| 84767 | 9/6/2017 | 9,875.00 | 319718 | 6610 |
| 090617 | 9/6/2017 | 1,900.00 | 319718 | 6040 |
| 090617 | 9/6/2017 | 6,013.16 | 319718 | 6042 |
| 090617 | 9/6/2017 | 7,492.73 | 319718 | 6043 |
| 090617 | 9/6/2017 | 1,593.00 | 319718 | 6410 |
| 84768 | 9/13/2017 | 9,875.00 | 319814 | 6610 |

| | | | | |
|---|---|---|---|---|
| 091317 | 9/13/2017 | 3,100.00 | 319814 | 6040 |
| 091317 | 9/13/2017 | 8,014.92 | 319814 | 6042 |
| 091317 | 9/13/2017 | 8,994.86 | 319814 | 6043 |
| 091317 | 9/13/2017 | 1,887.00 | 319814 | 6410 |
| 84769 | 9/18/2017 | 9,875.00 | 319888 | 6610 |
| 091817 | 9/18/2017 | 2,750.00 | 319888 | 6040 |
| 091817 | 9/18/2017 | 7,013.98 | 319888 | 6042 |
| 091817 | 9/18/2017 | 8,696.58 | 319888 | 6043 |
| 091817 | 9/18/2017 | 2,189.00 | 319888 | 6410 |
| 091817 | 9/18/2017 | 1,350.00 | 319888 | 6610 |
| 84770 | 9/25/2017 | 9,875.00 | 319952 | 6610 |
| 092517 | 9/25/2017 | 3,300.00 | 319952 | 6040 |
| 092517 | 9/25/2017 | 7,010.94 | 319952 | 6042 |
| 092517 | 9/25/2017 | 9,494.39 | 319952 | 6043 |
| 092517 | 9/25/2017 | 2,192.00 | 319952 | 6410 |
| 84771 | 10/6/2017 | 9,875.00 | 320187 | 6610 |
| 100617 | 10/6/2017 | 2,800.00 | 320187 | 6040 |
| 100617 | 10/6/2017 | 7,311.16 | 320187 | 6042 |
| 100617 | 10/6/2017 | 9,694.67 | 320187 | 6043 |
| 100617 | 10/6/2017 | 2,194.00 | 320187 | 6410 |
| 84772 | 10/12/2017 | 9,875.00 | 320222 | 6610 |
| 101217 | 10/12/2017 | 2,300.00 | 320222 | 6040 |
| 101217 | 10/12/2017 | 8,013.61 | 320222 | 6042 |
| 101217 | 10/12/2017 | 8,992.56 | 320222 | 6043 |
| 101217 | 10/12/2017 | 2,192.00 | 320222 | 6410 |
| 101217 | 10/12/2017 | 500.00 | 320222 | 6610 |
| 84776 | 11/6/2017 | 9,875.00 | 320587 | 6610 |
| 110617 | 11/6/2017 | 5,000.00 | 320587 | 6040 |
| 110617 | 11/6/2017 | 6,312.61 | 320587 | 6042 |
| 110617 | 11/6/2017 | 8,694.76 | 320587 | 6043 |
| 110617 | 11/6/2017 | 1,992.00 | 320587 | 6410 |
| 84777 | 11/13/2017 | 9,875.00 | 320684 | 6610 |
| 111317 | 11/13/2017 | 2,200.00 | 320684 | 6040 |
| 111317 | 11/13/2017 | 8,912.46 | 320684 | 6042 |
| 111317 | 11/13/2017 | 8,395.36 | 320684 | 6043 |
| 111317 | 11/13/2017 | 2,491.00 | 320684 | 6410 |
| 84778 | 11/20/2017 | 9,875.00 | 320777 | 6610 |
| 112017 | 11/20/2017 | 2,300.00 | 320777 | 6040 |
| 112017 | 11/20/2017 | 8,012.64 | 320777 | 6042 |
| 112017 | 11/20/2017 | 7,995.89 | 320777 | 6043 |
| 112017 | 11/20/2017 | 1,990.00 | 320777 | 6410 |
| 112017 | 11/20/2017 | 1,700.00 | 320777 | 6610 |
| 84779 | 11/29/2017 | 9,875.00 | 320820 | 6610 |
| 112917 | 11/29/2017 | 2,300.00 | 320820 | 6040 |
| 112917 | 11/29/2017 | 7,111.27 | 320820 | 6042 |
| 112917 | 11/29/2017 | 6,496.97 | 320820 | 6043 |
| 112917 | 11/29/2017 | 1,890.00 | 320820 | 6410 |
| 112917 | 11/29/2017 | 1,250.00 | 320820 | 6425 |
| 112917 | 11/29/2017 | 2,950.00 | 320820 | 6610 |
| 84780 | 12/5/2017 | 9,875.00 | 320938 | 6610 |

SUBJECT TO PROTECTIVE ORDER

12 #320938

21,99965

| 120517 | 12/5/2017 | 2,005.45 | 320938 | 6040 |
| 120517 | 12/5/2017 | 7,512.78 | 320938 | 6042 |
| 120517 | 12/5/2017 | 8,634.87 | 320938 | 6043 |
| 120517 | 12/5/2017 | 860.00 | 320938 | 6300 |
| 120517 | 12/5/2017 | 1,792.00 | 320938 | 6410 |
| 120517 | 12/5/2017 | 1,194.55 | 320938 | 6610 |
| 84781 | 12/11/2017 | 9,875.00 | 321003 | 6610 |
| 121117 | 12/11/2017 | 2,315.75 | 321003 | 6040 |
| 121117 | 12/11/2017 | 7,912.94 | 321003 | 6042 |
| 121117 | 12/11/2017 | 6,435.83 | 321003 | 6043 |
| 121117 | 12/11/2017 | 855.00 | 321003 | 6300 |
| 121117 | 12/11/2017 | 1,490.00 | 321003 | 6410 |
| 121117 | 12/11/2017 | 2,989.25 | 321003 | 6610 |
| 84782 | 12/18/2017 | 9,875.00 | 321099 | 6610 |
| 121817 | 12/18/2017 | 8,378.00 | 321099 | 1190 |
| 121817 | 12/18/2017 | 5,135.68 | 321099 | 6042 |
| 121817 | 12/18/2017 | 6,992.84 | 321099 | 6043 |
| 121817 | 12/18/2017 | 1,492.00 | 321099 | 6410 |
| 84783 | 12/28/2017 | 9,875.00 | 321277 | 6610 |
| 122817 | 12/28/2017 | 2,400.00 | 321277 | 6040 |
| 122817 | 12/28/2017 | 8,513.29 | 321277 | 6042 |
| 122817 | 12/28/2017 | 8,993.68 | 321277 | 6043 |
| 122817 | 12/28/2017 | 1,989.00 | 321277 | 6410 |

#321003   9875
2017
21,998 77
21,99877

#321099   9875
#321099   21,99852
21,99852

321277   9,875
21,89597
2017
21,89597

| | | | | |
|---|---|---|---|---|
| 010518 | 1/5/2018 | 8,512.46 | 321456 | 6042 |
| 010518 | 1/5/2018 | 8,393.76 | 321456 | 6043 |
| 010518 | 1/5/2018 | 1,990.00 | 321456 | 6410 |
| 84784 | 1/5/2018 | 9,875.00 | 321456 | 6610 |
| 010918 | 1/9/2018 | 4,125.00 | 321487 | 6040 |
| 010918 | 1/9/2018 | 8,310.79 | 321487 | 6042 |
| 010918 | 1/9/2018 | 7,492.54 | 321487 | 6043 |
| 010918 | 1/9/2018 | 2,192.00 | 321487 | 6410 |
| 84785 | 1/9/2018 | 9,875.00 | 321487 | 6610 |
| 011718 | 1/17/2018 | 2,400.00 | 321655 | 6040 |
| 011718 | 1/17/2018 | 8,313.38 | 321655 | 6042 |
| 011718 | 1/17/2018 | 7,894.66 | 321655 | 6043 |
| 011718 | 1/17/2018 | 2,390.00 | 321655 | 6410 |
| 011718 | 1/17/2018 | 1,000.00 | 321655 | 6425 |
| 84786 | 1/17/2018 | 9,875.00 | 321655 | 6610 |
| 012518 | 1/25/2018 | 3,525.00 | 321734 | 6040 |
| 012518 | 1/25/2018 | 8,712.81 | 321734 | 6042 |
| 012518 | 1/25/2018 | 7,992.67 | 321734 | 6043 |
| 012518 | 1/25/2018 | 1,892.00 | 321734 | 6410 |
| 84787 | 1/25/2018 | 9,875.00 | 321734 | 6610 |
| 013018 | 1/30/2018 | 2,425.00 | 321782 | 6040 |
| 013018 | 1/30/2018 | 11,513.87 | 321782 | 6042 |
| 013018 | 1/30/2018 | 8,994.14 | 321782 | 6043 |
| 013018 | 1/30/2018 | 1,689.00 | 321782 | 6410 |
| 013018 | 1/30/2018 | 2,500.00 | 321782 | 6610 |
| 84788 | 1/30/2018 | 9,875.00 | 321782 | 6610 |

USAO_GK_00005676

(13)

| | Check No. | Date | Amount | Ref | Code | Annotations |
|---|---|---|---|---|---|---|
| | 020818 | 2/8/2018 | 3,600.69 | 321892 | 6042 | |
| ✓ | 84789 | 2/8/2018 | 9,875.00 | 321892 | 6610 | |
| | 021218 | 2/12/2018 | 3,241.25 | 321954 | 6042 | 6,555.68 |
| ✓ | 021218 | 2/12/2018 | 3,314.43 | 321954 | 6043 | |
| | 021318 | 2/13/2018 | 2,250.00 | 321968 | 6040 | |
| ✓ | 021318 | 2/13/2018 | 1,410.00 | 321968 | 6410 | 6475 |
| | 021318 | 2/13/2018 | 2,815.00 | 321968 | 6610 | |
| ✓ | 021518 | 2/15/2018 | 2,000.00 | 321984 | 6040 | ✓ |
| ✓ | 84790 | 2/15/2018 | 9,875.00 | 321984 | 6610 | |
| | 021618 | 2/16/2018 | 4,216.25 | 322064 | 6042 | |
| | 021618 | 2/16/2018 | 3,429.06 | 322064 | 6043 | 64531 |
| ✓ | 84792 | 2/26/2018 | 9,875.00 | 322124 | 6610 | ✓ |
| | 072818 | 2/28/2018 | 6,415.21 | 322199 | 6040 | 13265 18 |
| ✓ | 072818 | 2/28/2018 | 5,734.97 | 322199 | 6043 | 13,265.78 ✓ |
| | 072818 | 2/28/2018 | 1,115.00 | 322199 | 6410 | |
| | 030518 | 3/5/2018 | 2,098.00 | 322277 | 6040 | |
| ✓ | 030518 | 3/5/2018 | 4,523.64 | 322277 | 6042 | 15,097.11 |
| | 030518 | 3/5/2018 | 6,992.47 | 322277 | 6043 | |
| | 030518 | 3/5/2018 | 1,483.00 | 322277 | 6410 | |
| ✓ | 84791 | 3/5/2018 | 9,875.00 | 322277 | 6610 | |
| ✓ | 030818 | 3/8/2018 | 2,234.87 | 322309 | 6042 | 4,819.44 |
| | 030818 | 3/8/2018 | 2,584.57 | 322309 | 6043 | |
| ✓ | 84794 | 3/13/2018 | 2,850.00 | 322391 | 6610 | ✓ |
| ✓ | 84794E | 3/13/2018 | 1,589.12 | 322391 | 6040 | 5620 81 |
| 2,276 81 | 84794E | 3/13/2018 | 893.69 | 322391 | 6042 | 2,276 81 |
| | 84794E | 3/13/2018 | 294.00 | 322391 | 6410 | |
| 2850 ✓ | 84795 | 3/16/2018 | 2,850.00 | 322455 | 6610 | |
| ✓ 2630 36 | 84795E | 3/16/2018 | 1,493.86 | 322455 | 6040 | 480 36 |
| | 84795E | 3/16/2018 | 1,136.50 | 322455 | 6042 | ✓ 2630 36 |
| ✓ 3,200 | 84796 | 3/19/2018 | 3,200.00 | 322462 | 6610 | |
| ✓ 2551 78 | 84796E | 3/19/2018 | 1,184.32 | 322462 | 6040 | 2518 |
| | 84796E | 3/19/2018 | 1,367.46 | 322462 | 6043 | |
| ✓ 3200 | 84797 | 3/21/2018 | 3,200.00 | 322535 | 6610 | 2486 80 03 |
| ✓ 2487 03 | 84797E | 3/21/2018 | 1,189.64 | 322535 | 6040 | |
| | 84797E | 3/21/2018 | 1,297.39 | 322535 | 6042 | |
| ✓ 4,317 25 | 032318 | 3/23/2018 | 3,357.25 | 322601 | 6043 | 4317 25 |
| | 032318 | 3/23/2018 | 960.00 | 322601 | 6410 | |
| ✓ 2487 46 | 032818 | 3/28/2018 | 1,432.68 | 322645 | 6042 | 2487 46 |
| | 032818 | 3/28/2018 | 1,054.78 | 322645 | 6043 | |
| ✓ 3,200 | 84799 | 3/28/2018 | 3,200.00 | 322645 | 6610 | |
| ✓ 6,749.15 | 040318 | 4/3/2018 | 6,749.15 | 322768 | 6610 | ✓ |
| ✓ 4851 74 | 040918 | 4/9/2018 | 2,316.80 | 322882 | 6040 | 4851 74 |
| | 040918 | 4/9/2018 | 2,534.94 | 322882 | 6042 | |
| ✓ 9,875 | 041318 | 4/13/2018 | 9,875.00 | 323001 | 6610 | ✓ |
| | 041318E | 4/13/2018 | 4,715.81 | 323001 | 6040 | |
| ✓ 28,764 21 | 041318E | 4/13/2018 | 5,115.32 | 323001 | 6042 | 28,764 21 |
| | 041318E | 4/13/2018 | 5,420.69 | 323001 | 6043 | ✓ |
| | 041318E | 4/13/2018 | 1,510.00 | 323001 | 6410 | |
| | 041318E | 4/13/2018 | 2,127.39 | 323001 | 6610 | |
| ✓ 5,000 | 041718 | 4/17/2018 | 5,000.00 | 323016 | 6610 | ✓ |

(23)

| | | | | |
|---|---|---|---|---|
| 041718E | 4/17/2018 | 1,712.46 | 323016 | 6040 |
| 042418 | 4/24/2018 | 2,147.10 | 323098 | 6040 |
| 042418 | 4/24/2018 | 2,578.01 | 323098 | 6042 |
| 890001 | 4/30/2018 | 3,200.00 | 323234 | 6610 |
| 89001E | 4/30/2018 | 2,633.69 | 323234 | 6040 |
| 89001E | 4/30/2018 | 2,142.92 | 323234 | 6042 |
| 052918 | 5/29/2018 | 5,000.00 | 323723 | 6610 |
| 052918E | 5/29/2018 | 2,271.19 | 323723 | 6040 |
| 052918E | 5/29/2018 | 2,374.03 | 323723 | 6042 |
| 061118 | 6/11/2018 | 5,000.00 | 323948 | 6610 |
| 061118E | 6/11/2018 | 1,715.51 | 323948 | 6040 |
| 062018 | 6/20/2018 | 5,000.00 | 324111 | 6610 |
| 062018E | 6/20/2018 | 1,384.29 | 324111 | 6040 |
| 062018E | 6/20/2018 | 2,236.88 | 324111 | 6042 |
| 062818 | 6/28/2018 | 9,875.00 | 324243 | 6610 |
| 062818E | 6/28/2018 | 2,159.44 | 324243 | 6040 |
| 062818E | 6/28/2018 | 2,820.79 | 324243 | 6042 |
| 062818E | 6/28/2018 | 1,802.68 | 324243 | 6043 |
| 071218 | 7/11/2018 | 4,500.00 | 324447 | 6610 |
| 071218E | 7/11/2018 | 1,427.33 | 324447 | 6040 |
| 071218E | 7/11/2018 | 965.41 | 324447 | 6043 |
| 072318 | 7/23/2018 | 4,000.00 | 324658 | 6610 |
| 072318E | 7/23/2018 | 1,475.10 | 324658 | 6040 |
| 072318E | 7/23/2018 | 1,643.35 | 324658 | 6042 |
| 073118 | 7/31/2018 | 4,000.00 | 324794 | 6610 |
| 073118E | 7/31/2018 | 1,252.41 | 324794 | 6040 |
| 073118E | 7/31/2018 | 1,601.74 | 324794 | 6042 |
| 081018 | 8/10/2018 | 4,000.00 | 324955 | 6610 |
| 081018E | 8/10/2018 | 1,471.18 | 324955 | 6040 |
| 082318 | 8/23/2018 | 9,875.00 | 325181 | 6610 |
| 082318E | 8/23/2018 | 1,760.23 | 325181 | 6040 |
| 082318E | 8/23/2018 | 1,582.22 | 325181 | 6042 |
| 082818 | 8/28/2018 | 5,000.00 | 325283 | 6610 |
| 082818E | 8/28/2018 | 1,578.15 | 325283 | 6040 |
| 082818E | 8/28/2018 | 1,066.14 | 325283 | 6042 |
| 090518 | 9/5/2018 | 5,000.00 | 325389 | 6610 |
| 090518E | 9/5/2018 | 2,095.14 | 325389 | 6040 |
| 090518E | 9/5/2018 | 1,547.55 | 325389 | 6042 |
| 091018 | 9/18/2018 | 5,000.00 | 325534 | 6610 |
| 091818 | 9/18/2018 | 4,500.00 | 325534 | 6610 |
| 091818E | 9/18/2018 | 1,364.24 | 325534 | 6040 |
| 091818E | 9/18/2018 | 2,351.67 | 325534 | 6042 |
| 100118 | 10/8/2018 | 5,000.00 | 325907 | 6610 |
| 100818 | 10/8/2018 | 5,000.00 | 325907 | 6610 |
| 100818E | 10/8/2018 | 2,314.58 | 325907 | 6040 |
| 100818E | 10/8/2018 | 2,438.69 | 325907 | 6042 |
| 101718 | 10/17/2018 | 4,500.00 | 326071 | 6610 |
| 101718E | 10/17/2018 | 1,822.50 | 326071 | 6040 |
| 101718E | 10/17/2018 | 2,438.90 | 326071 | 6042 |
| 102218 | 10/22/2018 | 5,000.00 | 326151 | 6610 |

SUBJECT TO PROTECTIVE ORDER

USAO_GK_00005678

| | | | | | |
|---|---|---|---|---|---|
| ✓ | 102218E | 10/22/2018 | 1,182.70 | 326151 | 6040 |
| | 102218E | 10/22/2018 | 1,437.75 | 326151 | 6042 |
| ✓ | 102918 | 10/29/2018 | 5,000.00 | 326247 | 6610 |
| ✓ | 102918E | 10/29/2018 | 1,115.71 | 326247 | 6040 |
| | 102918E | 10/29/2018 | 1,526.59 | 326247 | 6042 |
| | 110618 | 11/6/2018 | 5,000.00 | 326302 | 6610 |
| | 110618E | 11/6/2018 | 1,154.74 | 326302 | 6040 |
| | 110618E | 11/6/2018 | 1,465.36 | 326302 | 6042 |
| ✓ | 111218 | 11/12/2018 | 5,000.00 | 326350 | 6610 |
| ✓ | 111218E | 11/12/2018 | 1,355.18 | 326350 | 6040 |
| | 111218E | 11/12/2018 | 2,107.92 | 326350 | 6042 |
| ✓ | 111718 | 11/21/2018 | 5,000.00 | 326527 | 6610 |
| ✓ | 111718E | 11/21/2018 | 3,619.42 | 326527 | 6042 |
| ✓ | 120618 | 12/6/2018 | 5,000.00 | 326746 | 6610 |
| ✓ | 120618E | 12/6/2018 | 1,318.45 | 326746 | 6040 |
| | 120618E | 12/6/2018 | 1,661.76 | 326746 | 6042 |
| ✓ | 121318 | 12/13/2018 | 5,000.00 | 326857 | 6610 |
| ✓ | 121318E | 12/13/2018 | 1,071.23 | 326857 | 6040 |
| | 121318E | 12/13/2018 | 1,243.31 | 326857 | 6042 |
| ✓ | 122018 | 12/20/2018 | 5,000.00 | 326897 | 6610 |
| ✓ | 122018E | 12/20/2018 | 1,134.72 | 326897 | 6040 |
| | 122018E | 12/20/2018 | 780.83 | 326897 | 6042 |
| ✓ | 122418 | 12/24/2018 | 5,000.00 | 327039 | 6610 |

SUBJECT TO PROTECTIVE ORDER          USAO_GK_00005679

ONLY 2019
This

| | | | | | |
|---|---|---|---|---|---|
| 022819E | 2/28/2019 | 1,132.17 | 327711 | 6040 | 61545 |
| 022819E | 2/28/2019 | 1,483.28 | 327711 | 6042 | |
| 020419 | 3/4/2019 | 2,500.00 | 327746 | 6610 | |
| 031119 | 3/11/2019 | 5,000.00 | 327851 | 6610 | |
| 031119E | 3/11/2019 | 1,145.92 | 327851 | 6040 | 78246 |
| 031119E | 3/11/2019 | 1,678.24 | 327851 | 6042 | |
| 122418E | 1/2/2019 | 1,374.81 | 327039 | 6040 | 311562 |
| 122418E | 1/2/2019 | 1,740.81 | 327039 | 6042 | |

# 7039   311562

SUBJECT TO PROTECTIVE ORDER

USAO_GK_00005680

# EXHIBIT 3( %

```
User: kespinoz      Bank: WESTERN ALLIANCE BNK      Date: 02/07/22 13:40:52

Message Status: PNRM
Seq Num: 20202260605400      Related Seq Num: 20202260605500
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 08/13/2020 12:57:44      Value Date: 08/13/2020


Sender:  122105980,      Receiver:  021000021
Amount:  $121,494.23
Debit info --
    Account: 4110689821  Inst: 02  Br: 3130  Type: DA
    Name:     GIRARDI KEESE A CA GEN PARTNERSHIP
    Addr1:    1126 WILSHIRE BLVD
    Addr2:    LOS ANGELES CA 90017-1904
    Addr3:
    Addr4:


Credit info --
    Rcvr:     021000021
    Name:     JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:


Advice:              Dept:    DEPT1      Trancode:    BEBDOM
Category:            Linesheet:          Create Template:

Message Text:

    Sndr Info    {1500}30        P
    Msg Type     {1510}1000
    IMAD         {1520}20200813L1LFB71C001763
    Amount       {2000}000012149423
    Sender DI    {3100}122105980
    Sndr Ref     {3320}20202260605400*
    Rcvr DI      {3400}021000021
    Bus Func     {3600}CTR
    BBK          {4100}F021000021*
                 JPMORGAN CHASE BANK, NA*
                 NEW YORK*
                 NY*
    BNF          {4200}D1000033*
                 PORSCHE FINANCIAL SERVICES, INC*
                 ONE PORSCHE DRIVE*
                 ATLANTA, GA 30354*
    ORG          {5000}D4110689821*
                 GIRARDI KEESE A CA GEN PARTNERSHIP*
                 THOMAS V GIRARDI*
                 CHRISTOPHER KAMON*
                 1126 WILSHIRE BLVD*
    OBI          {6000}ACCOUNT# 5100082511 CHRISTOPHER K K*
                 AMON*
```

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER      USAO_GK_00651906