## DECLARATION OF JOHN GIRARDI

I, JOHN GIRARDI, declare as follows:

1.    I am Tom Girardi's brother. I am also known as Jack Girardi.  I submit this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2.    I began working at the firm known as Girardi Keese as a law clerk in 1968, and then sworn in as an attorney in December of 1972. I worked at Girardi Keese continuously through the firm's collapse in December 2020. In that role, I became personally aware of the ownership structure of the firm at different points in time.

3.    In short:

   a.  At some point in the 1970s, Girardi was the sole partner in a firm with a handful of other lawyers, including Robert Keese.  Keese was never a real partner with Girardi in the legal sense (e.g., sharing profits and losses), but Girardi liked the sound of "Girardi Keese," so he used his name on the masthead for the firm.

   b.  In the late 1970s, Crane joined the firm, at which point it became Girardi, Keese, & Crane.  Crane, unlike Keese, was an actual partner with Girardi, and remained so until the early 1990s.

   c.  After Crane left the firm, it was renamed Girardi Keese (sometimes Girardi & Keese), and Girardi once again became the sole equity owner.

   d.  Sometime later, and well before 2020, Keese left the firm when he retired from practicing law.

4.    At the time of the firm's collapse, Girardi Keese was a sole proprietorship owned 100% by my brother.  I know this, in part, because I was personally involved in discussions about the structure and ownership of the firm in

1

JG

late 2020.  I am also aware that my brother signed an agreement with Abir, Cohen, Treyzon, & Salo LLP shortly before Girardi Keese's collapse in which he again affirmed that Girardi Keese was a sole proprietorship owned 100% by him.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED: JUNE __21__, 2024          _____
                                                JOHN GIRARDI

2

JG