UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS |
|---|---|
| Plaintiff, | ORDER DISMISSING WITH PREJUDICE COUNT 5 OF THE INDICTMENT, AS TO DEFENDANT THOMAS VINCENT GIRARDI ONLY |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

The Court has read and considered the government's unopposed motion for an order dismissing Count 5 of the Indictment against Defendant Thomas Vincent Girardi only.  Pursuant to Federal Rule of Criminal Procedure 48(a), and upon representation by the prosecutor that Defendant Girardi does not object to dismissal of Count 5, the Court hereby DISMISSES WITH PREJUDICE Count 5 of the Indictment against Defendant Thomas Vincent Girardi.

**IT IS SO ORDERED.**

July 30, 2024
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE