# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE having been shown, the sentencing date in this matter, and related deadlines, are continued from December 6, 2024 to December 20, 2024, at 1:30 pm.

DATED: November 15, 2024

_____
Hon. Josephine L. Staton
United States District Judge

cc: USPPO