**NOTE: CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS VINCENT GIRARDI,<br><br>        Defendant. | Case No.  2:23-cr-47-JLS-1<br><br>**ORDER CONTINUING DATE OF HEARING** |

    **1.**    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing currently set for April 11, 2025 at 1:00 p.m. is continued to May 8, 2025 at 2:00 p.m.  Counsel for Mr. Girardi shall provide notice of any expert and a disclosure of that expert's testimony related to the hearing no later than April 24, 2025.  Any such disclosure must also be filed with the Court on that same date.

DATED:  April 5, 2025        By _____
                                                HONORABLE JOSEPHINE L. STATON
                                                United States District Judge