**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-47-JLS-1 |
| Plaintiff, | **ORDER GRANTING ISSUANCE OF OUT-OF-DISTRICT SUBPOENAS** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that that the submitted appearance subpoenas shall be issued.  If the hearing date is continued, the subpoenas shall apply to any continued hearing dates.

IT IS FURTHER ORDERED that the costs and fees incurred by this process shall be paid in the same manner as are similar costs and fees for records subpoenaed on behalf of the government.

DATED:  April 8, 2025          By _____

HON. JOSEPHINE L. STATON
United States District Judge